## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

The Diocese of New  Ulm,                             Case No.: 17-30601
                                                     Chapter 11 Case


                    Debtor.

---

### ORDER (I) GRANTING EXPEDITED RELIEF; (II) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM; (III) APPROVING SEXUAL ABUSE PROOF OF CLAIM FORM; (IV) APPROVING FORM AND MANNER OF NOTICE; AND (V) APPROVING CONFIDENTIALITY PROCEDURES

---

This case is before the court on the motion of the debtor for an order establishing deadlines for filing proofs of claim, approving proof of claim forms, approving the form and manner of notice, and approving confidentiality procedures in connection with the filing of proofs of claim.

Based on the motion and the file,

**IT IS ORDERED:**

1.      The debtor's request for expedited relief is granted.

2.      The debtor's motion for an order establishing deadlines for filing proofs of claim, approving proof of claim forms, approving the form and manner of notice, and approving confidentiality procedures in connection with the filing of proofs of claim is granted as set forth in this order.

### FORM

3.      The Sexual Abuse Proof of Claim Form, the Sexual Abuse Claims Filing Deadline Notice, and the Publication Notice, in the forms attached as Exhibits A, B, and C are

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/08/2017*
Lori Vosejpka, Clerk, by LH

approved.  Creditors with claims other than sexual abuse claims may use the official proof of claim form 410.

## NOTICE

4.      The form and manner of notice as approved in this order fulfill the notice requirements of the Federal Rules of Bankruptcy Procedure and the local rules of this court. Notice of the filing deadlines in the form and manner attached is fair and reasonable and will provide sufficient notice to all creditors of their rights and obligations in connection with claims they may assert in this case.  Accordingly, the debtor is authorized and directed to serve and publish the notices in the manner described in this order.

## DEADLINE FOR TIMELY FILING CLAIMS

5.      The last day to timely file a proof of claim in this case is set as **July 10, 2017**. This deadline applies to all persons, including sexual abuse claimants, and entities, other than governmental units.

6.      The last day for any governmental unit to file a timely proof of claim is **August 30, 2017**.

## REQUIREMENTS FOR SEXUAL ABUSE PROOF OF CLAIM FORMS

7.      Persons asserting claims arising from sexual abuse as that term is defined in Minnesota Statutes § 541.073(1), as well as from molestation, rape, undue familiarity, sexually-related physical, psychological or emotional harm, or contacts or interactions of a sexual nature between a child and an adult, or a non-consenting adult and another adult for which such persons believe that the debtor may be responsible shall file a Sexual Abuse Proof of Claim Form (Exhibit A).

8.     The Clerk of Court shall maintain a copy of each Sexual Abuse Proof of Claim Form in electronic form in accordance with the confidentiality procedures outlined below.  The Clerk of Court will assign each Sexual Abuse Proof of Claim Form a number and shall list that number on the public docket without a link to the Sexual Abuse Proof of Claim Form and without the name

9.     Sexual Abuse Proof of Claim Forms shall be submitted pursuant to the following confidentiality procedures:

i.     Sexual Abuse Claimants shall mail or deliver the original of a Sexual Abuse Proof of Claim Form to the Clerk of the United States Bankruptcy Court for the District of Minnesota at the following address: 200 Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, MN 55101, Attention: Jennifer

i.     Sexual Abuse Proof of Claim Forms maintained by the Clerk of Court will not be available for viewing or copying unless otherwise ordered by the court.  This confidentiality procedure is for the benefit of the Sexual Abuse Claimants. Accordingly, Sexual Abuse Claimants may elect to make any of the information contained in a Sexual Abuse Proof of Claim Form public, even if they elected to file the Sexual Abuse Proof of Claim Form confidentially.  If a Sexual Abuse Claimant affirmatively indicates by checking the box in Part 1 of the Sexual Abuse Proof of Claim Form that the claim is to be made public, that claim will be added to the public claims register.  If no box is checked or if both boxes are checked on a Sexual Abuse Proof of Claim Form, that form shall not be made public.

ii.    Sexual Abuse Proof of Claim Forms submitted by Sexual Abuse Claimants shall be held and treated as confidential by the debtor and its counsel and upon request to the permitted parties listed below, subject to each permitted party executing and returning to the debtor's counsel a confidentiality agreement, and to such other persons as the court determines; provided, however, that all parties with access to the Sexual Abuse Proof of Claim Forms shall agree to keep the information provided in a Sexual Abuse Proof of Claim Forms confidential (unless the Sexual Abuse Claimant elects otherwise in Part 1 of the Sexual Abuse Proof of Claim Form).  Permitted parties may obtain copies of Sexual Abuse Proof of Claim Forms in accordance with the terms of an applicable confidentiality agreement only from counsel for the debtor, and shall not seek or obtain such documents from the clerk of court.

iii.    Permitted parties include: (a) counsel for the debtor; (b) officers and employers of the debtor who are necessary to assist the debtor and its for the committee of unsecured creditors; (d) insurance companies or their successors, including any authorized claim administrators of such insurance companies, that issued or allegedly issued polices to the debtor and their reinsurers and attorneys; (e) any unknown claims representative appointed by the court in this case; (f) any mediator, special arbitrator or claims reviewer appointed by the court to review and resolve the Sexual Abuse Claims; (g) any trustee appointed to administer payments to Sexual Abuse Claimants; (h) authorized representatives of a department of corrections with respect to a Sexual Abuse Claim by a Sexual Abuse Claimant who is incarcerated but only to the extent such disclosure is authorized under applicable non-bankruptcy law; (i) members of the committee of unsecured creditors and their personal counsel (after the Sexual Abuse Proof of Claim Form has been redacted to remove the Sexual Abuse Claimant's name, address and any other information identified in Part 2(A) or 3 of the Sexual Abuse Proof of Claim Form and the signature block); (j) law enforcement in the city or county where the Sexual Abuse Claim arose; (k) auditors of the United States Conference of Catholic Bishops charged with preparing annual audits of diocesan compliance with the Charter for the Protection of Children and Young People; (l) each parish identified in a sexual abuse proof of claim, and the following personnel from the identified parish: (i) the pastor; (ii) the trustees serving on the parish finance council; (iii) the chairperson of the parish finance counsel; (iv) the business administrator of the parish; (v) attorneys serving as counsel to the parish; and (vi) the parish's insurance company; and (m) such other persons as the court determines should have the information in order to evaluate Sexual Abuse Claims only upon a motion by the debtor or the committee of unsecured creditors.

10.    In addition to the foregoing, counsel for the debtor and the committee of unsecured creditors are authorized to provide copies of an individual claimant's Sexual Abuse Proof of Claim and any other documents filed in connection with the individual claimant's Sexual Abuse Proof of Claim to counsel representing such individual claimant. Permitted parties and their attorneys shall be authorized to review proofs of claim upon execution of a confidentiality agreement agreed upon by the debtor and the committee of unsecured creditors or pursuant to further order of the court. The court may approve additional permitted parties upon motion.

11.     Access to the Sexual Abuse Proof of Claim Forms extends only to the individual who executes the confidentiality agreement.  A separate confidential agreement must be signed by each individual who seeks access to the records on behalf of a permitted party.

## TIMING AND FORM OF NOTICE

12.     As soon as reasonably practicable after the entry of this order, the Clerk of Court shall give notice by United States mail, first-class postage prepaid, or by electronic means, of the non-tort claim filing deadline to (a) the United States Trustee for the District of Minnesota; (b) counsel to the committee of unsecured creditors; (c) all persons and entities that have filed a notice of appearance in this case; (d) all persons and entities that have previously filed proofs of claims.

13.     As soon as reasonably practicable, but in any event no later than five business days after the entry of this order, the debtor shall serve by United States mail, first-class postage prepaid, the Sexual Abuse Claim Filing Deadline Notice (Exhibit B) and the Sexual Abuse Proof of Claim Form (Exhibit A) on the United States Trustee, and on known Sexual Abuse Claimants who have:

   i.     Filed pending lawsuits against the debtor alleging that they were sexually abused by employees or agents of the debtor or by clergy previously assigned to the debtor or any others for whom the debtor may be liable;

   ii.     Provided to the debtor under Minn. Stat. § 549.09 a written notice of claim of sexual abuse by employees or agents of the debtor or by clergy previously assigned to the debtor or any others for whom the debtor may be liable;

   iii.     Contacted the debtor to claim that they were sexually abused as a minor by employees or agents of the debtor or by clergy previously assigned to the debtor or any others for whom the debtor may be liable;

   iv.     Are otherwise known to the debtor to be a Sexual Abuse Claimant through reasonably-ascertainable records.

14.    The service of the Sexual Abuse Claim Filing Deadline Notice and Sexual Abuse Proof of Claim Form on Sexual Abuse Claimants shall be accomplished through such Sexual Abuse Claimants' attorneys, if previously identified as counsel for such Sexual Abuse Claimant in connection with a Sexual Abuse Claim, and directly on all other known potential Sexual Abuse Claimants that have been identified and located by the debtor through reasonably diligent efforts.

15.    The Publication Notice and the Sexual Abuse Claim Filing Deadline Notice shall include a reference to this court's website (www.mnb.uscourts.gov) where all claim forms shall be made available.

16.    The service outlined above shall constitute service on all known creditors of the debtor.  All other creditors of the debtor shall be deemed to be unknown for the purpose of service of notice of the Claim Filing Deadline.

17.    The debtor shall also provide notice of the Claim Filing Deadline established in this order by causing a copy of the Publication Notice (Exhibit C) to be published as follows:

   i.    Publication four times in each of the following publications, with the first publication to occur within thirty days of the service of the claim filing deadline packages, the second publication to occur approximately thirty after the first notice, the third publication to occur approximately thirty days after the second notice, and the fourth publication to occur approximately thirty days after the third notice:

- USA Today – National Edition

- National Catholic Reporter (National Catholic Publication)

- The National Catholic Register (National Catholic Publication)

- The Prairie Catholic (Regional Catholic Publication)

- Minneapolis Star Tribune

- St. Paul Pioneer Press

- The Minnesota Daily

- The Journal (New Ulm)

- Duluth News Tribune

- Post-Bulletin (Rochester)

- St. Cloud Times

- Winona Daily News

- Crookston Daily News

- The Free Press (Mankato)

- Independent (Marshall)

- American-News (Montevideo)

- West Central Tribune (Willmar)

- Leader (Hutchinson)

ii.    The debtor will request that the Publication Notice is published in the above listed publications in a location other than among the standard legal notices.

iii.    In addition to the Publication Notice, the debtor will send copies of the Sexual Abuse Claim Filing Deadline Notice to the publications listed above and to the following:

- The Associated Press of Minnesota

- WCCO-AM

- Minnesota Public Radio

- KARE-TV

- KMSP-TV

- KSPR-TV

- WCCO-TV

- Each diocese in Minnesota

18.     The debtor shall provide further notice of the Claim Filing Deadline by taking the

following measures:

i.     Within five business days of the entry of the order approving this motion, the Diocese will post the component parts of the Sexual Abuse Claim Filing Package and the deadline for filing non-tort claims on its public website: https://www.dnu.org;

ii.    Within five business days of the entry of the order approving this motion, the Diocese will provide a copy of the Publication Notice and the component parts of the Sexual Abuse Claim Filing Package to the Survivors Network of the Abused Priests and request that it post the same on its website: http://www.snapnetwork.org/.

iii.   Within five business days of the entry of the order approving this motion, the Diocese will provide a copy of the Publication Notice and the component parts of the Sexual Abuse Claim Filing Package to Jeff Anderson and Associates P.A., Noaker Law Firm LLC, and James Vernon & Weeks, P.A. and request that they post the same on their respective websites: http://www.andersonadvocates.com/, http://noakerlaw.com/, and http://jvwlaw.net/.

iv.    The Diocese will maintain a telephone number published on its website (https://www.dnu.org) that may be used to ask questions and request copies of the Sexual Abuse Claim Filing Package.

v.     Within two weeks of the service of the Sexual Abuse Claim Filing Package, the Diocese will provide a copy of the Publication Notice and the component parts of the Sexual Abuse Claim Filing Package to the following offices/entities and request that each recipient publicly post such notice until the expiration of the Claim Filing Deadline: (1) the Minnesota Attorney General, (2) the county attorney, the county administrator, and sheriff's department for each of the counties within the Diocese's geographical area, (3) the Minnesota Department of Health's locations within the Diocese's geographical area, and (4) each hospital in the Diocese's geographical area.

vi.    The Diocese will send a letter, on the Diocese's letterhead and signed by an office of the Diocese, to each parish located in the Diocese's geographical area requesting that such parish display the Publication Notice and the Sexual Abuse Claim Filing Deadline Notice in a prominent location within the church or school.  The letter will also request that notices be published once a month in the parishes' weekly bulletins until

the Claim Filing Deadline.  The letter will also request that each pastor, canonical administrator, or parochial vicar remind parishioners of the availability of information concerning the Claim Filing Deadline.  The letter will also request that parishes disseminate the Publication Notice and the Sexual Abuse Claim Filing Deadline Notice by e-mail to their respective distribution lists.

vii.     The Diocese will mail a copy of the Sexual Abuse Claim Filing Deadline Notice to all licensed alcohol and addiction treatment centers in the state of Minnesota, as identified by counsel for the Committee, and to persons identified by counsel for the Committee as licensed therapists presently working with sexual abuse claimants.

viii.    The Bishop shall request that each pastor, canonical administrator, or parochial vicar read a letter from the Bishop at least two times before the Claim Filing Deadline.  The letter from the Bishop shall state that the Bishop requested that the letter be read, that the Claim Filing Deadline is July 10, 2017, that the Bishop requests that people inform their family members about the Claim Filing Deadline, and that the filing of a claim may be done confidentially.

19.     Each request described in paragraph 18(v) and (vi) above shall be on the debtor's letterhead and signed by an officer of the debtor. The request described in 18(vi) above, shall include a space at the bottom for the recipient to indicate whether it will comply with the request and a stamped self-addressed return envelope. The debtor will report on compliance to the committee of unsecured creditors.

20.     In addition, the Clerk of Court shall post the Sexual Abuse Proof of Claim Form, the Sexual Abuse Claims Filing Deadline Notice and Publication Notice on the website for the United States Bankruptcy Court for the District of Minnesota by adding a link on the court's home page (www.mnb.uscourts.gov) to easily access filing deadline information.

Dated: *M  a 8r2,c0 h1  7*                            /e/ Robert J. Kressel
                                                    United States Bankruptcy Judge

**EXHIBIT A**
**SEXUAL ABUSE PROOF OF CLAIM FORM**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In re:

The Diocese of New  Ulm,                    Case No.: 17-30601
                                            Chapter 11 Case

                Debtor.

## SEXUAL ABUSE PROOF OF CLAIM FORM

## IMPORTANT:
## THIS FORM MUST BE *RECEIVED BY* NO LATER THAN
## JULY 10, 2017

Carefully read the instructions included with this Sexual Abuse Proof of Claim Form and complete ALL applicable questions.  Please print clearly and use blue or black ink.  Please send the **original** to the U.S. Bankruptcy Court Clerk at the following address:

Office of the Clerk of Court
U.S. Bankruptcy Court District of Minnesota
200 Warren E. Burger Federal Building and United States Courthouse
316 North Robert Street
St. Paul, MN 55101
Attention: Jennifer

**THIS PROOF OF CLAIM IS FOR CLAIMANTS OF SEXUAL ABUSE ONLY. YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER.**

A sexual abuse claim includes any claim arising from sexual abuse as that term is defined in Minn. Stat. § 541.073(1), as well as from molestation, rape, undue familiarity, sexually-related physical, psychological, or emotional harm, or contacts or interactions of a sexual nature between a child and an adult or a non-consenting adult and another adult for which such persons believe that the Diocese of New Ulm (the "Diocese") may be liable.

**TO BE VALID, THIS PROOF OF CLAIM MUST BE SIGNED BY YOU OR YOUR ATTORNEY.  IF THE SEXUAL ABUSE CLAIMANT IS DECEASED OR INCAPACITATED, THE FORM MAY BE SIGNED BY THE SEXUAL ABUSE CLAIMANT'S REPRESENTATIVE OR THE ATTORNEY FOR THE ESTATE. IF THE SEXUAL ABUSE CLAIMANT IS A MINOR, THE FORM MAY BE SIGNED BY THE SEXUAL ABUSE CLAIMANT'S PARENT OR LEGAL GUARDIAN, OR THE SEXUAL ABUSE CLAIMANT'S ATTORNEY.  IF THE SEXUAL ABUSE CLAIMANT DIES AFTER THE SUBMISSION OF THIS FORM, BUT BEFORE THE CLAIM IS**

**RESOLVED, NOTIFICATION OF THE DEATH MUST BE PROVIDED TO THE COURT AT THE ADDRESS ABOVE.**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152, 3571.

**UNLESS YOU INDICATE OTHERWISE IN PART I BELOW, YOUR IDENTITY WILL BE KEPT STRICTLY CONFIDENTIAL, UNDER SEAL, AND OUTSIDE THE PUBLIC RECORD. HOWEVER, INFORMATION IN THIS CLAIM WILL BE PROVIDED, PURSUANT TO COURT-APPROVED CONFIDENTIAL GUIDELINES, TO COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OTHER COURT-APPROVED THIRD PARTIES, IN ORDER TO EVALUATE THE CLAIM.**

**YOUR PROOF OF CLAIM MAY BE DISPUTED OR HONORED IN WHOLE OR IN PART. THE DIOCESE RESERVES THE RIGHT TO OBJECT OR TO ASSERT OFFSETS OR DEFENSES AGAINST ANY FILED PROOF OF CLAIM.**

## PART I: CONFIDENTIALITY

**THIS SEXUAL ABUSE PROOF OF CLAIM FORM (ALONG WITH ANY ACCOMPANYING EXHIBITS AND ATTACHMENTS) WILL BE MAINTAINED AS CONFIDENTIAL UNLESS YOU EXPRESSLY REQUEST THAT IT BE PUBLICLY AVAILABLE BY CHECKING THE BOX AND SIGNING BELOW.**

☐    I want my Proof of Claim (along with any accompanying exhibits and attachments) to be kept confidential.

☐    I want my Proof of Claim (along with any accompanying exhibits and attachments) to be made public.

Please verify this election by signing directly below:

Signature: _____

Print Name: _____

## PART II: IDENTIFYING INFORMATION

**A.    Sexual Abuse Claimant**

_____

First Name          Middle Initial          Last Name          Jr/Sr/III

Mailing Address (If Party is incapacitated, is a minor, or is deceased, please provide the address of the individual submitting the claim.  If you are in jail or prison, your current address.)

_____

City              Sate/Prov.            Zip Code (Postal Code)      Country
                                                                   (if other than USA)

Telephone No(s):
Home:  _____  Work:  _____  Cell:  _____

Email address:  _____

If you are in jail or prison, your identification number:  _____

May we leave voicemails for you regarding your claim:   ☐ Yes        ☐ No

May we send confidential information to your email:     ☐ Yes        ☐ No

Birth Date:  _____        ☐ Male      ☐ Female
            Month        Day        Year

Last Four Digits of Social Security Number:   XXX-XX- _____

Any other name(s) or alias(es) by which the Sexual Abuse Claimant has been known:


**B.      Sexual Abuse Claimant's Attorney (if any – do not list counsel for the Diocese or the Official Creditors Committee):**


_____

Law Firm Name


_____

Attorney's First Name          Middle Initial              Last Name


_____

Street Address


_____

City              Sate/Prov.            Zip Code (Postal Code)      Country
                                                                   (if other than USA)


_____

Telephone No.              Fax No.              Email Address

## PART 3:  BACKGROUND INFORMATION

1.      Are you currently married?

   ☐ Yes ☐ No (if "Yes," please identify the name of your spouse and marriage date)

   _____
   _____
   _____

2.      Have you been previously married?

   ☐ Yes ☐   No (if "Yes," please identify the name of your former spouse and, as applicable, the date(s) of any dissolution, divorce, separation, or widowhood)

   _____
   _____
   _____

3.      Do you have children?

   ☐ Yes ☐ No (if "Yes," please identify their names and birthdates.  If any children have died, please provide their date of death)

   _____
   _____
   _____

4.      What schools have you attended?  For each school, please identify the months and years of your attendance.  If you cannot recall the exact months when you began or ended each school year, please identify the season (fall, winter, spring, summer).

   _____
   _____
   _____

5.      Have you received a diploma or degree from any of the schools listed above?

   ☐ Yes ☐ No (if "Yes," please identify each diploma or degree that you received and the year you received it)

   _____
   _____
   _____

6.      Have you served in the armed forces?

☐ Yes ☐ No (if "Yes," please identify the branch of service, the dates you served, and, if you have been discharged, the type of discharge you received)

_____

_____

_____

7.      Are you currently employed?

☐ Yes ☐ No (if "Yes," please identify the name of the organization where you are employed, the date of your employment began, and your job title)

_____

_____

_____

8.      What is your employment history?  Please provide the following information about each place you have previously been employed: (i) the name of the organization where you were employed; (ii) the dates of employment; (iii) your job title(s); and (iv) your reason for leaving the place of employment.

_____

_____

_____

9.      Have you been self-employed?

☐ Yes ☐ No (if "Yes," please provide your job responsibilities, any business name you used, and the dates of this business)

_____

_____

_____

10.     Are you retired?

☐ Yes ☐ No (if "Yes," please identify when you retired)

_____

_____

_____

11.     Part 4 below will ask you about the nature of your complaint against the Diocese of New Ulm.  Other than the incident(s) of sexual abuse described in Part 4, have you ever been sexually abused by anyone else?  If "Yes," please describe this abuse, including the date of the abuse and identify the abuser.

_____

_____

_____

## PART 4:  NATURE OF ABUSE
### (Attach additional separate sheets if necessary)


**NOTE:  IF YOU HAVE PREVIOUSLY FILED A LAWSUIT AGAINST THE DIOCESE OF NEW ULM IN STATE OR FEDERAL COURT, YOU MAY ATTACH THE COMPLAINT.  IF YOU DID NOT FILE A LAWSUIT OR IF THE COMPLAINT DOES NOT CONTAIN ALL OF THE INFORMATION REQUESTED BELOW, YOU MUST PROVIDE THE INFORMATION BELOW.**

1.      Who committed each act of sexual abuse?

_____

_____

_____


2.      What is the position, title, or relationship to you of the abuser or individual who committed these acts?

_____

_____

_____


3.      Where did the sexual abuse take place?  Please be specific and complete all relevant information that you know, including the City and State, name of the parish or school (if applicable), and/or the names of any other location.

_____

_____

_____


4.      When did the sexual abuse take place?

   a.      Please be as specific as possible.  If you can, please indicate the day, month, and year.  If you cannot recall the month, please try to recall the season (fall, winter, spring, summer).

_____

_____

_____


   b.      If you were sexually abused on more than one occasion, please state when the abuse started, when it stopped, and how many times it occurred.

_____

_____

_____

c.      Please also state your age(s) and your grade(s) in school (if applicable) at the time the abuse took place.

_____

_____

_____

5.      Please describe in as much detail as possible the nature of the sexual abuse.  What happened?

_____

_____

_____

6.      Did you tell anyone about the sexual abuse (this would include parents, relatives, friends, the Diocese of New Ulm, attorneys, counselors, and law enforcement authorities)?

a.      If "Yes," who did you tell?  Please list the name(s) and any contact information you have.

_____

_____

_____

b.      What did you say?

_____

_____

_____

c.      When did you tell this person or persons about the abuse?

_____

_____

_____

d.      If you know, what did the person or persons do in response?

_____

_____

_____

7.      Where there any witnesses?  If so, please list their name(s) and any contact information you have, including addresses.

_____

_____

_____

8.    Do you personally know or have reason to believe that the Diocese of New Ulm knew that your abuser was abusing you or others before or during the period when such abuse occurred?   If "Yes," please provide all information that supports your conclusion, including the information requested in items 8(a) through 8(e) below.

_____

_____

_____

a.    Who at the Diocese of New Ulm knew that your abuser was abusing you or others?

_____

_____

_____

b.    How did such person or persons at the Diocese of New Ulm learn this information?   For example, did you report the abuse to someone from the Diocese?   Did someone else tell you they reported it to someone from the Diocese?  Did someone from the Diocese witness the abuse?

_____

_____

_____

c.    When did such person or persons at the Diocese of New Ulm learn this information?

_____

_____

_____

d.    What exactly was the person or persons from the Diocese told or what exactly did they observe?

_____

_____

_____

e.    How did you come to have the information you provided in response to the questions above?

_____

_____

_____

## PART 5:  IMPACT OF ABUSE
### (Attach additional separate sheets if necessary)

1.   What injuries have occurred to you because of the act or acts of sexual abuse that resulted
     in the claim (for example, the effect on your education, employment, personal
     relationships, health, and any physical injuries)?

     _____
     _____
     _____

2.   Have you sought counseling or other treatment for your injuries?  If "Yes," with whom
     and when?

     _____
     _____
     _____

## PART 6:  ADDITIONAL INFORMATION

1.   Prior Non-Bankruptcy Claims: Have you previously filed any lawsuit seeking damages
     for the sexual abuse described in this claim?

     ☐ Yes   ☐ No (if "Yes," please answer the questions below)

     a.     Where and when did you file the lawsuit?

     _____
     _____
     _____

     b.     Who were the parties to the lawsuit and what was the case number?

     _____
     _____
     _____

     c.     What was the result of that lawsuit?

     _____
     _____
     _____

2.   Prior Bankruptcy Claims: Have you filed any claims in any other bankruptcy case
     relating to the sexual abuse described in this claim?

     ☐ Yes   ☐ No (if "Yes," you are required to attach a copy of any completed claim form)

     _____
     _____

3.      Any Settlements: Regardless of whether a complaint was ever filed against any party because of the sexual abuse, have you settled any claim or demand relating to the sexual abuse described in this claim?

☐ Yes   ☐ No (if "Yes," please describe, including parties to, the settlement and you are required to attach a copy of any settlement agreement)

_____

_____

_____

4.      Bankruptcy: Have you ever filed bankruptcy?

☐ Yes   ☐ No (if "Yes," please provide the following information)

Name of Case: _____    Court: _____

Date Filed: _____    Case No.: _____

Chapter:   ☐ 7   ☐ 11   ☐ 12   ☐ 13        Name of Trustee: _____

**Date:** _____

**Sign and print your name.  If you are signing the claim on behalf of another person or an estate, print your title.**

**Under penalty of perjury, I declare the foregoing statements to be true and correct:**

**Signature:** _____

**Print Name:** _____

**Title:** _____

60198855_1

**EXHIBIT B**
**SEXUAL ABUSE CLAIM FILING DEADLINE NOTICE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

The Diocese of New Ulm,
                                         Case No.: 17-30601
                                         Chapter 11 Case

          Debtor.

## NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIMS RELATING TO, OR ARISING FROM, SEXUAL ABUSE

### THIS IS AN IMPORTANT NOTICE.
### YOUR RIGHTS MIGHT BE AFFECTED.

### TO ALL PERSONS WITH CLAIMS ARISING FROM SEXUAL ABUSE FOR WHICH THE DIOCESE OF NEW ULM MAY BE LIABLE:

### JULY 10, 2017 IS THE LAST DATE TO TIMELY FILE PROOFS OF CLAIMS FOR SEXUAL ABUSE

On March 3, 2017, The Diocese of New Ulm (the "Diocese") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Minnesota (the "Court"). The Diocese's address, the case number, proof of claim form, and other relevant information related to this chapter 11 case may be obtained at http://www.dnu.org. Individuals have asserted sexual abuse claims against the Diocese, on account of alleged actions by people associated with the Diocese. Any person who believes that he or she has, or may have, a claim arising from sexual abuse as that term is defined in Minnesota Statutes § 541.073(1), molestation, rape, undue familiarity, sexually-related physical, psychological or emotional harm, or contracts or interactions of a sexual nature between a child and an adult, or a non-consenting adult and another adult for which such persons believe that the Diocese may be liable should carefully read this notice.

### YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.

### LAST DATE FOR TIMELY FILING

The Bankruptcy Court entered an order establishing July 10, 2017, as the last date for each Sexual Abuse Claimant to timely file a proof of claim. The Claim Filing Deadline and the procedures set forth below for Sexual Abuse Proof of Claim Forms apply to all Sexual Abuse Claims against the Diocese, based upon alleged acts of sexual abuse occurring prior to March 3, 2017.

## WHO SHOULD FILE

If you believe that you have a Sexual Abuse Claim, you should file a Sexual Abuse Proof of Claim to maintain and preserve any claims that you have against the Diocese.  Even if you have already filed a lawsuit against the Diocese alleging sexual abuse prior to March 3, 2017, you should still file a Sexual Abuse Proof of Claim Form to maintain and preserve your rights in the Diocese's chapter 11 case.

## WHO SHOULD NOT FILE

You should <u>not</u> file a Sexual Abuse Proof of Claim Form if:

> Your Sexual Abuse Claim has already been paid in full **OR**

> You do not have a claim against the Diocese.

## WHAT TO FILE

**FILE A SEXUAL ABUSE PROOF OF CLAIM FORM, A COPY OF WHICH IS ENCLOSED.  YOU MAY ALSO OBTAIN A COPY OF THE SEXUAL ABUSE PROOF OF CLAIM FORM BY FOLLOWING THE INSTRUCTIONS BELOW:**

### PROCEDURES FOR FILING A SEXUAL ABUSE PROOF OF CLAIM FORM

To file a Sexual Abuse Proof of Claim Form, take the following steps:

> Fill out the Sexual Abuse Proof of Claim Form in its entirety.

For additional copies of the Sexual Abuse Proof of Claim Form: (a) photocopy the Sexual Abuse Proof of Claim Form; (b) contact the Diocese between the hours of 9:00 a.m. and 5:00 p.m. (Central Standard Time), Monday through Friday; (c) visit the Diocese's website at: http://www.dnu.org;  or  (d)  visit  the  website  of  the  Bankruptcy  Court  at http://www.mnb.uscourts.gov/.

**Please note that the Court's Clerk's staff is not permitted to give legal advice.  You should consult your own attorney for assistance regarding any such inquiries.**

Return the completed original Sexual Abuse Proof of Claim Form to the Bankruptcy Court Clerk at the address set forth below by the Claim Filing Deadline.  Sexual Abuse Proof of Claim Forms will be deemed timely filed only if they are **actually received** by the Clerk of Court by **July 10, 2017**.

If you are returning a Sexual Abuse Proof of Claim Form by mail, allow sufficient mailing time so that the Sexual Abuse Proof of Claim Form is received on or before **July 10, 2017**.  Sexual Abuse  Proof  of  Claim  Forms  that  are  postmarked  before  that  date,  *i.e.*,  the  Claim  Filing

Deadline, but which are received by the Clerk of the Court after the Claim Filing Deadline, will be considered tardy.

Sexual Abuse Proof of Claim Forms should be delivered to the following address:

Clerk of Court
U.S. Bankruptcy Court District of Minnesota
200 Warren E. Burger Federal Building and United States Courthouse
316 North Robert Street
St. Paul, MN 55101
Attention: Jennifer

## <u>CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM</u>

There may be consequences for failing to file a claim.  Please consult your attorney.

## <u>CONFIDENTIALITY</u>

Filed Sexual Abuse Proof of Claim Forms will remain confidential in this chapter 11 case, unless you elect otherwise in Part 1 of the Sexual Abuse Proof of Claim Form.  Therefore, the Sexual Abuse Proof of Claim Form that you file will not be available to the general public, but will be kept confidential, except that information will be provided to the Diocese, the United States Trustee for the District of Minnesota, the Diocese's insurers, attorneys for the Official Committee of Unsecured Creditors and its members, any unknown claims representative appointed by the Bankruptcy Court, any settlement trustee appointed to administer payments to Sexual Abuse Claimants, prison authorities for any incarcerated Sexual Abuse Claimants, and such other persons as the Court determines should have the information in order to evaluate the Sexual Abuse Claim, all of whom will agree to keep the information provided by you confidential.

Dated: March 3, 2017

60800897_1

**EXHIBIT C**
**PUBLICATION NOTICE**

# United States Bankruptcy Court for the District of Minnesota In re: Diocese of New Ulm, Case No. 17-30601

## Claims Notice for Victims of Sexual Abuse and Others With Claims Against the Diocese of New Ulm



If you were sexually abused by any person connected with the Diocese, a Catholic parish or Catholic school within the geographic area of the Diocese, or have any claim against the Diocese, you must file a claim by July 10, 2017.

*For more diocesan information:* **visit DNU.org**

*For U.S. Bankruptcy Court for the District of Minnesota information:* **visit mnb.uscourts.gov**

*For advice about your rights:* **contact an attorney**