**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | The Diocese of New Ulm |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | 17-30601 |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on | March 17, 2017 |

**X** /s/ Monsignor Douglas L. Grams
Signature of individual signing on behalf of debtor

Monsignor Douglas L. Grams
Printed name

Vicar General
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___The Diocese of New Ulm___

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   17-30601

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $ _____6,556,175.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $ _____4,266,744.96_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $ ____10,822,919.96_

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____0.00_

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____7,899.18_

4.   **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b          $ _____7,899.18_

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Diocese of New Ulm |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | 17-30601 |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Frandsen Bank | Checking - Repurchase Agreement | 2576 | $96,059.25 |
| 3.2. | Christian Brothers Investment Services | Brokerage Account - General Fund | 4001 | $3,665,194.91 |
| 3.3. | Frandsen Bank | Checking - General Fund | 6084 | $225,770.73 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,987,024.89

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Catholic Mutual - self-insurance retention fund deposit | $10,000.00 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number *(If known)* | 17-30601 |
|--------|------------------------|--------------------------|----------|
|        | Name                   |                          |          |

| 7.2. | Visual Communications - vendor deposit for donor recognition wall | $6,140.00 |
|------|-------------------------------------------------------------------|-----------|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.** | $16,140.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | 29,733.96 | - | 0.00 | = .... | $29,733.96 |
|---------------------------|-----------|---|------|--------|------------|
|                           | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 128,626.07 | - | 69,600.00 | = .... | $59,026.07 |
|------------------------|------------|---|-----------|--------|------------|
|                        | face amount |  | doubtful or uncollectible accounts |  |  |

**12.**    **Total of Part 3.** | $88,760.03
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number *(If known)* 17-30601 |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** General office furniture & Bishop's residence furniture | $78,155.53 | Liquidation | $10,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment | $10,905.12 | Liquidation | $1,500.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles 42.1.   Miscellaneous paintings and decorations in pastoral center | $0.00 | Liquidation | $1,000.00 |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $12,500.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   1997 Ford F150 - Vin #1FTDF18WXVLA28991 | $621.88 | Kelley Blue Book | $933.00 |
| 47.2.   2002 Ford Windstar - Vin #2FMZA524X2BA98131 | $621.88 | Kelley Blue Book | $611.00 |
| 47.3.   Leased 2017 Grand Cherokee Limited - Vin # 1C4RJFBG1HC646272 | $0.00 | | Unknown |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | The Diocese of New Ulm | Case number *(If known)* 17-30601 |
|---|---|---|
| | Name | |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$1,544.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   See Attachment A/B, Part 9 - #55 | Fee simple | $6,595,029.00 | Tax records | $6,556,175.00 |
| 55.2.   See Schedule G for real property leases | | $0.00 | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$6,556,175.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    The Diocese of New Ulm                                    Case number *(If known)*  17-30601
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** | **Internet domain names and websites** | | | |
| | DNU.org | $0.00 | N/A | Unknown |
| | hopehealingandpeace-dnu.org | $0.00 | | Unknown |
| **62.** | **Licenses, franchises, and royalties** | | | |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| | Mailing list of parishoners and donors | $0.00 | N/A | Unknown |
| **64.** | **Other intangibles, or intellectual property** | | | |
| **65.** | **Goodwill** | | | |

**66.**  **Total of Part 10.**

|  |  |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | $0.00 |

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | | | Current value of debtor's interest |
|---|---|---|---|---|
| **71.** | **Notes receivable** | | | |
| | Description (include name of obligor) | | | |
| | Dangers Bequest Receivable | 18,215.46 - Total face amount | 13,661.60 = doubtful or uncollectible amount | $4,553.86 |
| | Parish CUP Fees | 43,660.04 - Total face amount | 0.00 = doubtful or uncollectible amount | $43,660.04 |
| | Aldean Hendrickson Loan | 30,170.00 - Total face amount | 15,085.00 = doubtful or uncollectible amount | $15,085.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number *(If known)* 17-30601 |
|---|---|---|
| | Name | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Various Trust Accounts (See Attachment A/B, Part 11: #77 and SOFA, Part 11: #21 - $9,658,829.75)                                   $0.00

Reimbursements due to the Diocese from certain trust funds for advances made by the Diocese                                       $97,477.14

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                              $160,776.04

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number *(If known)* 17-30601 |
|---|---|---|
| | Name | |

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,987,024.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,140.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $88,760.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,544.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $6,556,175.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $160,776.04 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,266,744.96 | + 91b. $6,556,175.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,822,919.96 |

| Attachment A/B, Part 11: #77 and SOFA, Part 11: #21 | | | | | |
|---|---|---|---|---|---|
| **Financial Information** | **Account Type** | **Account Title** | **Account Description** | **Account Number** | **Balances** |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | Catholic Endowment Fund | Charitable trust holding income from the Catholic Endowment used to support the existing ministries and programs of the Diocese | x1418 | $3,488.89 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Account | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7055 | $204,948.82 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Merchant Account | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7010 | $11,106.61 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Parishes | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7052 | $5.00 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Schools | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7025 | $13,142.36 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Religious Education | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7037 | $21,987.15 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Youth Ministry | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7019 | $33,719.52 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Social Concerns | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7049 | $5.00 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Family Life | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7040 | $21,857.50 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Hispanic Ministry | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7046 | $41,883.90 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Catholic Charities | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7013 | $62,746.25 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | DMA Permanent Diaconate | Donation-funded charitable trust for the exclusive purpose of funding eight specific ministries as part of the yearly appeal | x7043 | $15,286.78 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | Group Insurance | Trust fund for the exclusive purpose of holding funds for medical, vision, and dental premiums and claims for priests and lay employees of the Diocese | x9536 | $184,774.78 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | Merchant Account | Account used for the deposit of charitable donations before they are transferred to the appropriate charitable trust | x7010 | $1,182.35 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | National Collections Checking Account | Trust fund for donations to the National Collections fund that the Diocese submits to the United States Conference of Catholic Bishops | x8831 | $118,093.01 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | Self-Insurance Fund | Trust fund for the exclusive purpose of paying for self-insurance premiums and claims for insurance program for the Diocese and parishes and related self- | x2185 | $674,000.93 |
| Frandsen Bank - New Ulm 100 N Minnesota St. PO Box 189 New Ulm, MN 56073 | Trust Account | Way of the Cross | Donation-funded charitable trust with the exclusive purpose of restoring and maintaining the Way of the Cross Shrine | x4197 | $2,750.80 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60606 | Trust Account | Archbishop John C. Nienstedt Catholic Schools Scholarship Fund | Charitable trust holding the income generated by the Archbishop John C. Nienstedt Catholic Schools Scholarship Endowment Fund used to provide scholarships to Catholic school students | x103A | $6,716.23 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60607 | Trust Account | Catholic Endowment Fund | Donation-funded charitable trust endowment for the exclusive purpose of generating income for the support of the existing ministries and programs of the Diocese | x0001 | $3,298,753.34 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60608 | Trust Account | Bishop LeVoir Catholic School Scholarship Fund | Charitable trust holding the income generated by the Bishop LeVoir Catholic School Endowment Fund used to provide financial support for the operation of Catholic schools | x112A | $1,052.48 |

| Attachment A/B, Part 11: #77 and SOFA, Part 11: #21 | | | | | |
|---|---|---|---|---|---|
| **Financial Information** | **Account Type** | **Account Title** | **Account Description** | **Account Number** | **Balances** |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60609 | Trust Account | Chapel Fund | Donation-funded charitable trust for the exclusive purpose of decorating and furnishing the chapel in the pastoral center | x4017 | $31,394.97 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60610 | Trust Account | Diaconate Fund | Donation-funded charitable trust for the exclusive purpose of funding a permanent diaconite program | x0003 | $23,929.74 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60611 | Trust Account | Divine Mercy Shrine Fund | Donation-funded charitable trust for the exclusive purpose of erecting and maintaining a two-sided billboard sign displaying the Divine Mercy image of Jesus Christ | x4007 | $305.74 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60612 | Trust Account | Development Grant Fund | Charitable trust for the exclusive purpose of funding the development director position | x4010 | $0.00 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60613 | Trust Account | Education of Priests Endowment Fund (Seminarian Burse Fund) | Donation-funded charitable trust endowment for the exclusive purpose of generating income to fund the education of priests | x0001 | $3,753,806.71 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60614 | Trust Account | Education of Priests Fund (Seminary Aid Fund) | Charitable trust holding the income generated by the Education of Priests Endowment Fund used to provide funds to train priests and seminarians | x4002 | $192,916.20 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60615 | Trust Account | Father Alexander Berghold Memorial Fund | Donation-funded charitable trust for the exclusive purpose of maintaining the Father Berghold memorial shrine | x4009 | $34,928.51 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60616 | Trust Account | HM Coordinator Grant Fund | Charitable trust for the exclusive purpose of funding the Hispanic Youth Minister position | x4015 | $14,508.87 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60617 | Trust Account | Lay Ministry Scholarship Endowment Fund | Donation-funded charitable trust endowment for the exclusive purpose of generating income for the education and training for ministries for lay people | x0001 | $220,151.93 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60618 | Trust Account | Lay Ministry Fund | Charitable trust holding the income generated by the Lay Ministry Scholarship Endowment Fund used for the formation/training of personnel in th | x4004 | $56,524.43 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60619 | Trust Account | Bishop Lucker Lecture Endowment Fund | Donation-funded charitable trust endowment for the exclusive purpose of generating income to provide funds for lecture programs | x0001 | $196,309.98 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60620 | Trust Account | Lecture Fund | Charitable trust holding the income generated by the Bishop Lucker Lecture Endowment Fund used for providing lecture programs | x4005 | $53,328.13 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60621 | Trust Account | Missionary Coop Fund | Donation-funded charitable trust for the exclusive purpose to fund missions | x4016 | $152,274.78 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60622 | Trust Account | Mohr Scholarship Fund | Donation-funded charitable trust for the exclusive purpose of providing financial support for the formation of catechists | x4012 | $1,521.73 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60623 | Trust Account | Natural Family Plan Fund | Donation-funded charitable trust for the exclusive purpose of funding programs and education concerning natural family planning | x4014 | $1,353.18 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60624 | Trust Account | Priests Care Fund | Charitable trust for the exclusive purpose of providing funds for priests in need | x4006 | $20,836.45 |
| Christian Brothers Investment Services 20 N. Wacker Dr., STE 2000 Chicago, IL 60625 | Trust Account | Way Of Cross Fund | Donation-funded charitable trust with the exclusive purpose of restoring and maintaining the Way of the Cross Shrine | x4008 | $187,236.70 |
| Trust Account Total | | | | | $9,658,829.75 |

# Diocese of New Ulm

Part 9. Real Property Detail

| Location | Net Book Value | 2016 Tax Assessed Value |
|---|---|---|
| Former Pastoral Center<br>New Ulm, MN<br>PID# 001.555.001.12.120 | $187,995 | $280,200 |
| Pastoral Center Front Lots<br>New Ulm, MN<br>PID# 001.555.001.10.100 | $49,011 | $35,700 |
| New Pastoral Center<br>1421 6th St N, New Ulm, MN<br>PID# 001.555.001.13.130 | $5,690,284 | $3,755,400 |
| Way of the Cross<br>New Ulm, MN<br>PID# 001.555.001.11.110 | $47,012 | $95,200 |
| Schneider Farm<br>1400 6th St N, New Ulm, MN<br>PID# 001.570.186.00.503<br>PID# 001.005.000.00.035<br>PID# 001.005.000.00.042 | $65,419 | $377,600 |
| Hillesheim Memorial Farm<br>Sleepy Eye, MN<br>PID# 150.030.003.14.070<br>PID# 002.001.150.30.020 | $90,000 | $1,451,900 |
| Bishop's Residence<br>New Ulm, MN<br>PID# 001.555.001.03.030 | $269,121 | $280,500 |
| Oak Bluffs 6th Edition<br>New Ulm, MN<br>PID# 001.553.001.05.050<br>PID# 001.553.001.16.160<br>PID# 001.553.002.03.030<br>PID# 001.553.002.06.060<br>PID# 001.553.002.07.070<br>PID# 001.553.002.08.080 | $196,187 | $279,675 |
| **Total Real Property** | **$6,595,029** | **$6,556,175** |

**Fill in this information to identify the case:**

Debtor name ___The Diocese of New Ulm___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) ___17-30601___

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___The Diocese of New Ulm___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) ___17-30601___

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>City of New Ulm<br>100 North Broadway<br>New Ulm, MN 56073 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

IRS District Counsel
380 Jackson St Ste 650
Saint Paul, MN 55101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

MN Department of Revenue
Collection Enforcement
Mail Station 5130
St. Paul, MN 55164

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

A.H. Hermel Company
Attn Officer, General or Agent
PO Box 447
Mankato, MN 56002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Notice Only

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Affiliated Community Med. Ctr.
Attn Officer, General or Agent
101 Willmar Ave PO Box 1318
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Notice Only

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Affiliated Medical Centers
Attn Officer, General or Agent
PO Box 1318
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Notice Only

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | | Case number *(if known)* | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Alex Street
1079 E Victory Road
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ali Muhamed Yusep
515 Lakeland Drive Se #202
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

American Catholic Press
Attn Officer, General or Agent
16565 S State Street
South Holland, IL 60473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

American Fed Pueri Cantores
1188 N Tustin St
Orange, CA 92867

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Anita Prestidge
310 N Washington Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ann M Garrido
155 Ocean Lane
Apt #802
Key Biscayne, FL 33149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Annette M Hrywna
3599 Academy Drive
Windsor Ontario
N9E 2H8

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
| --- | --- | --- | --- |
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Apostolic Nunciature
3339 Massachusetts Ave NW
Washington, DC 20008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Archdiocese of St. Paul & Mpls
Attn Officer, General or Agent
226 Summit Avenue
Saint Paul, MN 55102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

At Conference
Attn Officer, General or Agent
PO Box 392490
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Athmann Inn
Attn Officer, General or Agent
PO Box 486
Bird Island, MN 55310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ava Maria Press
PO Box 428
Notre Dame, IN 46556

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Azteca Mexican Restaurant
215 4th Street SW
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Berens, O'Connor, et al
PO Box 428
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Best Western Plus
Attn Officer, General or Agent
2100 E Hwy 12
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Blackbaud
Attn Officer, General or Agent
PO Box 930256
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Blue Cross Blue Shield of MN
Attn Officer, General or Agent
PO Box 64676
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Breth-Zenzen
Fire Protection
8053 Sterling Drive Ste 101
Saint Joseph, MN 56374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Broom Tree Youth & Family Camp
123 St Raphael Circle
Irene, SD 57037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Campus Religious Center
Attn Officer, General or Agent
1418 State Street
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Candyman Inc
C/O Daniel Drexler
1112 S Valley Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Canon Law Society Of America
Office/ Executive Coordinator
415 Michigan Ave NE Suite 101
Washington, DC 20017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.39

Card Services Coborns
Attn Officer, General or Agent
PO Box 7021
Brentwood, TN 37024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods and/or services

**Last 4 digits of account number** B908

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,829.33

Cardmember Service
Attn Officer, General or Agent
PO Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Cathedral High School
600 N Washington St
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Cathedral of the Holy Trinity
605 N State St
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Answers
2020 Gillespie Way
El Cajon, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Benefits Association
C/O Strategic Risk Solutions
18835 N Thompson Peak Pkwy#210
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Charities USA
Suite 400
2050 Ballenger Avenue
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Family Services
523 N Duluth Ave
Sioux Falls, SD 57104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Mutual Group
Po Box 30104
Omaha, NE 68103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Press Association
Suite 470
205 West Monroe Street
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Relief Services
Crs Donor Services
Po Box 17090
Baltimore, MD 21203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Catholic Umbrella Pool
C/O Catholic Mutual Relief Soc
10843 Old Mill Road
Omaha, NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

CB 403(B) Plan
Po Box 0877
Bedford Park, IL 60499

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| CCLI<br>17205 Se Mill Plain Blvd<br>Ste 150<br>Vancouver, WA 98683 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Center For Applied Research<br>In The Apostolate<br>2300 Wisconsin Ave NW  Ste 400<br>Washington, DC 20007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Centro Maria<br>650 Jackson St Ne<br>Washington, DC 20017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Chad Kraus<br>619 S Front Street<br>New Ulm, MN 56073 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Charter Audit<br>Po Box 96990<br>Washington, DC 20090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Chelsey Jensen<br>308 Burnside Street Se<br>Sleepy Eye, MN 56085 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Christauria Welland Psy D<br>14356 Marianopolis Way<br>San Diego, CA 92129 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Christian Bros Emp Ret Plan
Po Box 75733
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Christina Stodola
413 S Valley Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Christina Wangen
747 8th St
Granite Falls, MN 56241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Church Art Online
PO Box 6360
Beaufort, SC 29903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Church of Clara
512 Black Oak Ave
Montevideo, MN 56265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Church of Mathias
PO Box 239
Wabasso, MN 56293

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Potential Indemnity Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Church of Our Lady
57482 CSAH 3
Grove City, MN 56243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**

Church of Our Lady of Victory
PO Box 96
Lamberton, MN 56255

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.54**

**Nonpriority creditor's name and mailing address**

Church of SS Peter and Paul
PO Box 310
Tyler, MN 56178

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.55**

**Nonpriority creditor's name and mailing address**

Church of St Aloysius
302 S 10th St
Olivia, MN 56277

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.56**

**Nonpriority creditor's name and mailing address**

Church of St Anastasia
460 Lake St SW
Hutchinson, MN 55350

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.57**

**Nonpriority creditor's name and mailing address**

Church of St Andrew
PO Box C
Fairfax, MN 55332

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.58**

**Nonpriority creditor's name and mailing address**

Church of St Andrew
512 Black Oak Ave
Montevideo, MN 56265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.59**

**Nonpriority creditor's name and mailing address**

Church of St Anne
PO Box 239
Wabasso, MN 56293

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|--------|------------------------|------------------------|----------|
| | Name | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**

Church of St Anthony
PO Box 409
Watkins, MN 55389

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.61**

**Nonpriority creditor's name and mailing address**

Church of St Boniface
PO Box 202
Stewart, MN 55385

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Indemnity Claim

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.62**

**Nonpriority creditor's name and mailing address**

Church of St Brendan
PO Box 85
Green Isle, MN 55338

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.63**

**Nonpriority creditor's name and mailing address**

Church of St Bridget
508 13th St N
Benson, MN 56215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.64**

**Nonpriority creditor's name and mailing address**

Church of St Dionysius
PO Box 310
Tyler, MN 56178

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.65**

**Nonpriority creditor's name and mailing address**

Church of St Edward
409 N Adams St
Minneota, MN 56264

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.66**

**Nonpriority creditor's name and mailing address**

Church of St Eloi
409 N Adams St
Minneota, MN 56264

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.67** | **Nonpriority creditor's name and mailing address**
Church of St Francis De Sales
PO Box 447
Winthrop, MN 55396

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.68** | **Nonpriority creditor's name and mailing address**
Church of St Genevieve
PO Box 310
Tyler, MN 56178

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.69** | **Nonpriority creditor's name and mailing address**
Church of St James
512 Black Oak Ave
Montevideo, MN 56265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.70** | **Nonpriority creditor's name and mailing address**
Church of St John
349 E Reuss Ave
Appleton, MN 56215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.71** | **Nonpriority creditor's name and mailing address**
Church of St John
PO Box 88
Morton, MN 56270

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.72** | **Nonpriority creditor's name and mailing address**
Church of St John (Faxon)
PO Box 427
Henderson, MN 56044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential Indemnity Claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.73** | **Nonpriority creditor's name and mailing address**
Church of St Joseph
PO Box 427
Henderson, MN 56044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Church of St Joseph
PO Box 458
Lamberton, MN 56152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Church of St Joseph (Rosen)
421 Madison Avenue
Ortonville, MN 56278

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Potential Indemnity Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Church of St Leo
307 4th St W
Canby, MN 56220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Church Of St Louis
23189 State Hwy 4
Paynesville, MN 56362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Church of St Malachy
508 13th St N
Benson, MN 56215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Church of St Mary
713 12th SW
Willmar, MN 56201

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Potential Indemnity Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Church of St Mary
PO Box 392
Arlington, MN 55307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address

Church of St Mary
PO Box 299
Beardsley, MN 56211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.82** | Nonpriority creditor's name and mailing address

Church of St Mary
PO Box 500
Bird Island, MN 55310

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.83** | Nonpriority creditor's name and mailing address

Church of St Mary
PO Box 228
Cottonwood, MN 56229

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.84** | Nonpriority creditor's name and mailing address

Church of St Mary
PO Box 239
Wabasso, MN 56293

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.85** | Nonpriority creditor's name and mailing address

Church of St Mary
636 1st Ave N
Sleepy Eye, MN 56085

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.86** | Nonpriority creditor's name and mailing address

Church of St Mary
249 6th St
Tracy, MN 56175

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.87** | Nonpriority creditor's name and mailing address

Church of St Michael
104 Saint Mary's St NW
Milroy, MN 56263

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | The Diocese of New Ulm | Case number *(if known)* | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Church of St Michael
104 Saint Mary's St NW
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Church of St Patrick
713 12th Street SW
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Church of St Paul
PO Box 248
Nicollet, MN 56271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Church of St Peter
1801 W Broadway Ave
St Peter, MN 56082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Church of St Philip
821 E 5th St
Litchfield, MN 55355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Church of St Thomas Moore
713 12th Street SW
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Church of St Willibrord
PO Box 436
Gibbon, MN 55335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Church of St. Andrew
1094 Granit Street
Granite Falls, MN 56241

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential Indemnity Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Church of St. Catherine
900 E Flynn St PO Box 383
Attn Officer, General or Agent
Redwood Falls, MN 56283

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Church of St. Catherine
PO Box 383
Redwood Falls, MN 56283

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential Indemnity Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Church of St. Edward
409 N. Adams St RR 1 Box 431
Attn Officer, General or Agent
Minneota, MN 56264

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods and/or services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Church of St. Francis
508 13th St N
Benson, MN 56215

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential Indemnity Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Church of St. John
106 N 4th St
Darwin, MN 55324

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential Indemnity Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Church of St. John
PO Box 295
Hector, MN 55342

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential Indemnity Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address**
Church of St. John
421 Madison Ave
Ortonville, MN 56278

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103** | **Nonpriority creditor's name and mailing address**
Church of St. Joseph
512 Black Oak Ave
Montevideo, MN 56265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104** | **Nonpriority creditor's name and mailing address**
Church of St. Mary
255 W 4th Street PO Box 228
Attn Officer, General or Agent
Minneota, MN 56264

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105** | **Nonpriority creditor's name and mailing address**
Church of St. Mary
636 1st North
Attn Officer, General or Agent
Sleepy Eye, MN 56085

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.106** | **Nonpriority creditor's name and mailing address**
Church of St. Mary
417 S Minnesota St
New Ulm, MN 56073

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107** | **Nonpriority creditor's name and mailing address**
Church of St. Mary
417 S Minnesota Street
New Ulm, MN 56073

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.108** | **Nonpriority creditor's name and mailing address**
Church of St. Michael
PO Box 357
Gaylord, MN 55334

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Case 17-30601    Doc 38    Filed 03/17/17    Entered 03/17/17 12:29:03    Desc Main
Document    Page 31 of 159

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.109** **Nonpriority creditor's name and mailing address**
Church of St. Michael
412 W 3rd St
Madison, MN 56256

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110** **Nonpriority creditor's name and mailing address**
Church of St. Paul
PO Box 277
Comfrey, MN 56019

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111** **Nonpriority creditor's name and mailing address**
Church of St. Paul
PO Box 236
Walnut Grove, MN 56180

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112** **Nonpriority creditor's name and mailing address**
Church of St. Peter
307 4th St W
Canby, MN 56220

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.113** **Nonpriority creditor's name and mailing address**
Church of St. Pius
1014 Knight Avenue N
Glencoe, MN 55336

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114** **Nonpriority creditor's name and mailing address**
Church of St. Raphael
Attn Officer, General or Agent
112 W Vandusen
Springfield, MN 56087

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115** **Nonpriority creditor's name and mailing address**
Church of St. Raphael
112 W Van Dusen St
Springfield, MN 56087

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 18 of 87

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Church of St. Thomas Mooe
781 2nd Street NE
Lake Lillian, MN 56253

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential Indemnity Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Church of the Holy Family
1014 Knight Avenue N
Glencoe, MN 55336

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential Indemnity Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Church of the Holy Redeemer
503 W Lyon St
Marshall, MN 56255

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Church of the Holy Redeemer
PO Box 401
Renville, MN 56284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Church of the Holy Rosary
PO Box 7
Graceville, MN 56240

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Church of the Holy Rosary
525 Grant Ave
North Mankato, MN 56003

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Church of the Holy Trinity
PO Box 9
Winsted, MN 55395

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential Indemnity Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.123**

**Nonpriority creditor's name and mailing address**

Church of the Sacred Heart
PO Box 175
Franklin, MN 55333

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                          Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** Potential Indemnity Claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.124**

**Nonpriority creditor's name and mailing address**

Church of the Sacred Heart
PO Box 96
Murdock, MN 56271

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                          Unknown

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.125**

**Nonpriority creditor's name and mailing address**

Claimant 010
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                          Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.126**

**Nonpriority creditor's name and mailing address**

Claimant 010
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                          Unknown

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.127**

**Nonpriority creditor's name and mailing address**

Claimant 030
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                          Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.128**

**Nonpriority creditor's name and mailing address**

Claimant 037
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                          Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.129**

**Nonpriority creditor's name and mailing address**

Claimant 038
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                          Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|--------|------------------------|------------------------|----------|
| | Name | | |

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Claimant 057
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Claimant 059
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Claimant 060
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Claimant 061
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Claimant 062
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Claimant 063
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Claimant 072
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
|  | Name |  |  |

---

**3.137** | **Nonpriority creditor's name and mailing address**

Claimant 073
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**

Claimant 074
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**

Claimant 077
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**

Claimant 078
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**

Claimant 079
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**

Claimant 080
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**

Claimant 081
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address**
Claimant 082
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address**
Claimant 083
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**
Claimant 107
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**
Claimant 109
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**
Claimant 111
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**
Claimant 116 c/o Leander James
James Veron & Weeks, P.A.
1626 Lincoln Way
Coeur D Alene, ID 83814

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**
Claimant 117 c/o Leander James
James Veron & Weeks, P.A.
1626 Lincoln Way
Coeur D Alene, ID 83814

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.151** | **Nonpriority creditor's name and mailing address**

Claimant 122
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**

Claimant 122
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**

Claimant 124
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

Claimant 125
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

Claimant 125
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

Claimant 126
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**

Claimant 127
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

**3.158 Nonpriority creditor's name and mailing address**
Claimant 128
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            Unknown
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Potential Tort Claimant, represented by counsel.
Is the claim subject to offset? ■ No ☐ Yes

**3.159 Nonpriority creditor's name and mailing address**
Claimant 128
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            Unknown
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Potential Tort Claimant, represented by counsel.
Is the claim subject to offset? ■ No ☐ Yes

**3.160 Nonpriority creditor's name and mailing address**
Claimant 129
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            Unknown
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Potential Tort Claimant, represented by counsel.
Is the claim subject to offset? ■ No ☐ Yes

**3.161 Nonpriority creditor's name and mailing address**
Claimant 130
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            Unknown
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Potential Tort Claimant, represented by counsel.
Is the claim subject to offset? ■ No ☐ Yes

**3.162 Nonpriority creditor's name and mailing address**
Claimant 131
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            Unknown
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Potential Tort Claimant, represented by counsel.
Is the claim subject to offset? ■ No ☐ Yes

**3.163 Nonpriority creditor's name and mailing address**
Claimant 132
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            Unknown
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Potential Tort Claimant, represented by counsel.
Is the claim subject to offset? ■ No ☐ Yes

**3.164 Nonpriority creditor's name and mailing address**
Claimant 133
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            Unknown
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Potential Tort Claimant, represented by counsel.
Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.165** | **Nonpriority creditor's name and mailing address**
Claimant 134
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**
Claimant 135
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address**
Claimant 135
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**
Claimant 137
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**
Claimant 138
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**
Claimant 141
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**
Claimant 143
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

**3.172**

**Nonpriority creditor's name and mailing address**
Claimant 146
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173**

**Nonpriority creditor's name and mailing address**
Claimant 147
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174**

**Nonpriority creditor's name and mailing address**
Claimant 155
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175**

**Nonpriority creditor's name and mailing address**
Claimant 157
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**
Claimant 158
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177**

**Nonpriority creditor's name and mailing address**
Claimant 172
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178**

**Nonpriority creditor's name and mailing address**
Claimant 294
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address**
Claimant 295
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**
Claimant 296
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**
Claimant 300
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**
Claimant 301
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**
Claimant 315
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**
Claimant 316
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**
Claimant 317
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.186** | **Nonpriority creditor's name and mailing address**
Claimant 318
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address**
Claimant 377
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address**
Claimant 378
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address**
Claimant 423
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**
Claimant 424
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**
Claimant 425
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address**
Claimant 456
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant 466
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant 476
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant 501
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant 502
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant 503
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant 504
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant 511
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.200**

**Nonpriority creditor's name and mailing address**
Claimant 512
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.201**

**Nonpriority creditor's name and mailing address**
Claimant 513
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.202**

**Nonpriority creditor's name and mailing address**
Claimant 514
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.203**

**Nonpriority creditor's name and mailing address**
Claimant 541
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.204**

**Nonpriority creditor's name and mailing address**
Claimant 546
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.205**

**Nonpriority creditor's name and mailing address**
Claimant 559
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.206**

**Nonpriority creditor's name and mailing address**
Claimant 563
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.207** | **Nonpriority creditor's name and mailing address**

Claimant 571
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**

Claimant 572
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address**

Claimant 573
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**

Claimant 574
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**

Claimant 576
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**

Claimant A-019
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address**

Claimant A-064
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Potential Tort Claimant, represented by counsel.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant A-125
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Potential Tort Claimant, represented by counsel._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant A-128
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Potential Tort Claimant, represented by counsel._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant A-140
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Potential Tort Claimant, represented by counsel._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant A-212
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Potential Tort Claimant, represented by counsel._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant A-336
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Saint Paul, MN 55101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Potential Tort Claimant, represented by counsel._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant A-367
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Potential Tort Claimant, represented by counsel._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Claimant A-373
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Potential Tort Claimant, represented by counsel._

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   The Diocese of New Ulm                                                   Case number (if known)   17-30601
_____Name_____

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Claimant A-398
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Claimant A-400
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Claimant A-429
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Claimant A-435
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Claimant A-441
c/o Patrick Noaker Law Firm
333 Washington Ave N, Ste 329
Minneapolis, MN 55401

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential Tort Claimant, represented by counsel.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Claudia Broman
621 West Cresent Lane
Hutchinson, MN 55350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Clifton Larson Allen LLP
Attn Officer, General or Agent
109 N Main Street
Austin, MN 55912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|--------|------------------------|------------------------|----------|
| | Name | | |

---

**3.228** **Nonpriority creditor's name and mailing address**
Clover Design LLC
901 Summit Ave
New Ulm, MN 56073

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229** **Nonpriority creditor's name and mailing address**
Colleen Wenner
472 W Union Street
Saint Peter, MN 56082

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.230** **Nonpriority creditor's name and mailing address**
Comcast
PO Box 3001
Southeastern, PA 19398

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.231** **Nonpriority creditor's name and mailing address**
Congregation For The Clergy
00210 Vatican City State

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.232** **Nonpriority creditor's name and mailing address**
Connie Rossini
217 S Jefferson
New Ulm, MN 56073

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233** **Nonpriority creditor's name and mailing address**
Creative Communications
1 Montauk Ave  Ste 2
New London, CT 06320

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234** **Nonpriority creditor's name and mailing address**
Crosier Fathers And Brothers
Brother Timothy Tomczak
Po Box 500
Onamia, MN 56359

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Current Labels Dept 6110165
Po Box 90
Sugar City, ID 83448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Dan Wambeke
3260 280th Ave
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Daniel Garland, Jr., P.H.D.
1314 Imboden Drive
Front Royal, VA 22630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
David & Lori Broll
904 Hwy 15 S Suite G
Hutchinson, MN 55350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
DCCW
Kris Anderson
26750 County Highway 13
Morgan, MN 56266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Deacon Art D Abel
PO Box 104
Graceville, MN 56240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Deacon Jason A Myhre
716 Deer Trail
Montgomery, MN 56069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.242** | **Nonpriority creditor's name and mailing address**

Deacon John A Hansen
73910 190th St
Dassel, MN 55325

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.243** | **Nonpriority creditor's name and mailing address**

Deacon John Reed
Apt 102
624 Knight Street
St. Peter, MN 56082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.244** | **Nonpriority creditor's name and mailing address**

Deacon Kenneth E Stalboerger
20574 County Road 9 NW
New London, MN 56273

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245** | **Nonpriority creditor's name and mailing address**

Deacon Mark Kober
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.246** | **Nonpriority creditor's name and mailing address**

Deacon Micahel J Thoennes
10875 Greer Cir SW
Howard Lake, MN 55349

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247** | **Nonpriority creditor's name and mailing address**

Deacon Michael J. McKeown
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.248** | **Nonpriority creditor's name and mailing address**

Deacon Paul W Treinen
248 Saratoga St
Ortonville, MN 56278

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | | Case number (if known) | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

---

**3.249** | **Nonpriority creditor's name and mailing address**

Deacon Richard J Christiansen
1221 Southridge Rd
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.250** | **Nonpriority creditor's name and mailing address**

Deacon Robert S Reitsma
PO Box 335
Clara City, MN 56222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.251** | **Nonpriority creditor's name and mailing address**

Deacon Roger B Osborne
910 Oak Lake
Winthrop, MN 55396

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252** | **Nonpriority creditor's name and mailing address**

Deacon Roger Heidt
1421 Sixth Street N
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253** | **Nonpriority creditor's name and mailing address**

Deacon Russell P Blaschko
638 Grayhawk Dr
Mankato, MN 56001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254** | **Nonpriority creditor's name and mailing address**

Deacon Steven P Spilman
305 Zimmerman Rd
Courtland, MN 56021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.255** | **Nonpriority creditor's name and mailing address**

Deacon Timothy P. Dolan
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number *(if known)* | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
---

Deb & Russ Blaschko
637 Grayhawk Drive
Mankato, MN 56001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Debbie Zime
3325 County Road 104
Barnum, MN 55707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Deborah & Roger Schroeder
215 Rainbow Drive
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Deborah Savage
522 N Mississippi River Blvd
Saint Paul, MN 55104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Debra Blaschko
637 Grayhawk Drive
Mankato, MN 56001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dick & Sandy Tuszynski
1941 120th Ave
Garvin, MN 56132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Diocesan Assessment
Attn Officer, General or Agent
PO Box 96992
Washington, DC 20090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.263** | **Nonpriority creditor's name and mailing address**

Diocesan Fiscal Management Con
National Office
4727 E Bell Road, Ste 45-358
Phoenix, AZ 85032

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**

Diocese Of Bismarck
Po Box 1575
Bismarck, ND 58502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**

Diocese Of Rapid City
606 Cathedral Drive
Po Box 678
Rapid City, SD 57701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

Diocese of St. Cloud
305 7th Ave N
St. Cloud, MN 56303

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address**

Discalced Carmelite Friars
Brother Charles Gamen
1233 South 45th Street
Milwaukee, WI 53214

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address**

Don and Lori Clasemann
27118 CO Road 14
Browerville, MN 56438

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address**

Donlar Construction Company
550 Shoreview Park Road
Saint Paul, MN 55126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dorie Reiter
6240 Cty Road 120  Apt 320
Saint Cloud, MN 56303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dr Matthew Tsakanikas
144 Pine Shores Drive
Front Royal, VA 22630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Drs. Akre  & Clark
1715 S Broadway
PO Box 727
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ebreviary
Po Box 1407
New York, NY 10009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ecowater Systems
Attn Officer, General or Agent
1204 South Broadway
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Elizabeth Thoreson
316 Dekalb Street
Redwood Falls, MN 56283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Elvia Pena
1615 14th Street
Glencoe, MN 55336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.277** | **Nonpriority creditor's name and mailing address**

Emily Schumacher
17644 300th Ave
Sleepy Eye, MN 56085

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.278** | **Nonpriority creditor's name and mailing address**

Father Aaron T Johanneck
Cathedral of Holy Trinity
605 N State St
New Ulm, MN 56073

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.279** | **Nonpriority creditor's name and mailing address**

Father Aaron T Johnanneck
Cathedral of the Holy Trinity
605 N State St
New Ulm, MN 56073

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.280** | **Nonpriority creditor's name and mailing address**

Fed Ex
PO Box 94515
Palatine, IL 60094

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.281** | **Nonpriority creditor's name and mailing address**

Felhaber Larson Fenlon & Vogt
Attn Officer, General or Agent
PO Box 860034
Minneapolis, MN 55486

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.282** | **Nonpriority creditor's name and mailing address**

First Choice Pregnancy Service
1223 S Broadway Street
New Ulm, MN 56073

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.283** | **Nonpriority creditor's name and mailing address**

FR Andy Beerman
901 South Prairie Avenue
Fairmont, MN 56031

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Friends Of San Lucas
4679 Cambridge Drive
Saint Paul, MN 55122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Greg Kraus
Kraus Tree Service
615 S Front Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Greg Troska
1403 Ranger Drive Road
Glencoe, MN 55336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Groves Academy
Attn: Ruth Anderson
3200 Highway 100 S
St Louis Park, MN 55416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Gutes Essen Deli & Catering
1314 8th Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Handmaids
Holy Trinity Convent
515 N State Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Hawk Alarm Systems Inc.
Attn Officer, General or Agent
PO Box 336
Mapleton, MN 56065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Heglund Catering
Po Box 563
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Heralds Of Good News
Rev Fr M Jesu Raj
Po Box 363
Corbin, KY 40702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $115.26

Holiday Companies
Attn Officer, General or Agent
PO Box 860456
Minneapolis, MN 55486

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Goods and/or services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Holy Cross Afc
Attn Officer, General or Agent
605 N State Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Holy Redeemer School
501 S Whitney St
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Holy Trinty Elementary School
PO Box 38
Winsted, MN 55395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Holy Trinty High School
PO Box 38
Winsted, MN 55395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.298** | **Nonpriority creditor's name and mailing address**
Hope & Faith Floral Sleepy Eye
232 Main Street E
Sleepy Eye, MN 56085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299** | **Nonpriority creditor's name and mailing address**
Hope & Faith Floral/Gifts
209 North  Miinnesota Street
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.300** | **Nonpriority creditor's name and mailing address**
Human Resource Technologies
Attn Officer, General or Agent
850 Emerald Court
Saint Paul, MN 55112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.301** | **Nonpriority creditor's name and mailing address**
Hy-Vee
Attn Officer, General or Agent
PO Box 250
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302** | **Nonpriority creditor's name and mailing address**
Hyvee Food Stores
Attn Officer, General or Agent
900 East Main Street
Marshall, MN 56258

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.303** | **Nonpriority creditor's name and mailing address**
Ignatius Press
Attn Officer, General or Agent
PO Box 1339
Fort Collins, CO 80522

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304** | **Nonpriority creditor's name and mailing address**
Inst. for Priestly Formation
Attn Officer, General or Agent
2500 California Plaza
Omaha, NE 68178

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | | Case number (if known) | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Inst. of The Incarnate Word
Fr Gaston Giacinti
1404 Old Gate Lane
Dallas, TX 75218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Irene Zupfer
1426 N Garden
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

James Young & Associates
101 Main Street South #206
Hutchinson, MN 55350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Japanese Martyrs
30881 Country Road 24
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Jeanine McMahon
Po Box 596
Winsted, MN 55395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Jeffrey Staab
7219 Conway Place
Ruther Glen, VA 22546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Jesus Our Living Water
Attn Officer, General or Agent
713 712th Street SW
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jim Horgan MA LP
109 South 5th Street Suite 400
Marshall, MN 56258

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

JMV Therapy
Parkdale Plaza  Suite 330
1660 S Highway 100
Minneapolis, MN 55416

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Joe Naber
224 Bluebird Court
Marshall, MN 56258

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

John Hopkins University Press
Journals Publishing Division
Po Box 19966
Baltimore, MD 21211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

John Ireland School
1801 W Broadway Ave
St Peter, MN 56082

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Joni's Catering
Attn Officer, General or Agent
24 N Minnesota
New Ulm, MN 56073

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Joseph Froehle
13986 Greystone Road
Cold Spring, MN 56320

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | | Case number (if known) | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

---

**3.319**

**Nonpriority creditor's name and mailing address**
Journal
Attn Officer, General or Agent
PO Box 487
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320**

**Nonpriority creditor's name and mailing address**
Karen Wambeke
201 Rainbow Drive
Marshall, MN 56258

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.321**

**Nonpriority creditor's name and mailing address**
Katie Ballalatak
20788 451st Ave
Arlington, MN 55307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.322**

**Nonpriority creditor's name and mailing address**
KDUZ AM Radio
PO Box 366
Hutchinson, MN 55350

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.323**

**Nonpriority creditor's name and mailing address**
Kelly Streich
120 Elizabeth Drive
Aberdeen, SD 57401-4000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.324**

**Nonpriority creditor's name and mailing address**
Kemske Paper Company
Attn Officer, General or Agent
PO Box 817
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.325**

**Nonpriority creditor's name and mailing address**
Kevin Johnson
316 1st Ave NW
Hutchinson, MN 55350

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Kevin Rickert
1663 Gilmore Valley Road
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $117.91 |
|---|---|---|---|

Klassen Mechanical
PO Box 323
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Knights Of Columbus
Po Box 1492
New Haven, CT 06506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

KNUJ Radio Station
PO Box 368
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Kraus Lawn Care
615 South Front
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Kraus Tree Service
Attn Officer, General or Agent
615 S Front Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Kraus Weed & Feed
20462 140th Avenue
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Krista Kay Photography
691 Lakeshore Drive
Ortonville, MN 56278

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Leaflet Missal
976 W Minnehaha Ave
Saint Paul, MN 55104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Linda Kaiser
305 North 7th Ave
Saint Cloud, MN 56303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Lindenmyer Munroe
1930 Energy Park Drive
Saint Paul, MN 55108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Liturgy Training Publications
Attn Officer, General or Agent
3949 S Racine Ave
Chicago, IL 60609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Lizz Strandburg
St Mary's School
140 S 10th Street
Bird Island, MN 55310

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.340** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Lora Rahe
16723 KC Road
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Loyola Catholic School
145 Good Counsel Dr
Mankato, MN 56001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mantronics Mailing Systems
Attn Officer, General or Agent
PO Box 1880
Mankato, MN 56002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Margaret Frey
3506 County Road Y
West Bend, WI 53095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Marians
of The Immaculate Conception
Eden
Stockbridge, MA 01263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mary Mother Of God
Mission Society
1736 Milestone Circle
Modesto, CA 95357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Master Graphics of MN
Attn Officer, General or Agent
213 N Minnesota
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Matthew Halbach
5123 NE Briarwood Drive
Ankeny, IA 50021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Max's Grill
Attn Officer, General or Agent
2425 W Lincoln Avenue
Olivia, MN 56277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Medicare Blue RX
Attn Officer, General or Agent
PO Box 64002
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mental Health Billing
Attn Officer, General or Agent
2515 18th St SW
Cedar Rapids, IA 52404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Metro Sales, Inc.
Attn Officer, General or Agent
1620 East 78th Street
Minneapolis, MN 55423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mid America Business Systems
2500 Broadway St Ne
Ste 100
Minneapolis, MN 55413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mid Minnesota Legal Aid
415 7th Street SW
Po Box 10
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Midwest Art Conservation Ctr
2400 3rd Ave South
Minneapolis, MN 55404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Midwest Canon Law Society
141 West Rayen Ave
Youngstown, OH 44503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Minnesota Catholic Conference
Attn Officer, General or Agent
475 University Ave W Ste 100
Saint Paul, MN 55103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Minnesota Ind School Forum
1200 Pioneer Bldg
336 N Robert St
Saint Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

MN Dept Of Labor & Industry
Construction Codes/Lic Div
Po Box 64219
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

MN Voad
Po Box 130261
Roseville, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

MNSAA
205 Lexington Ave South
New Prague, MN 56071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.361**

**Nonpriority creditor's name and mailing address**
Monica Hillesheim
15859 215th St
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.362**

**Nonpriority creditor's name and mailing address**
Mount Olivet Lutheran Church
Attn Officer, General or Agent
5025 Knox Ave S
Minneapolis, MN 55419

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.363**

**Nonpriority creditor's name and mailing address**
Mpls Clinic Of Neurology
4225 Golden Valley Road
Minneapolis, MN 55422

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.364**

**Nonpriority creditor's name and mailing address**
Mr Evan A Huebl
Saint Paul Seminary
2260 Summit Ave
St. Paul, MN 55105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.365**

**Nonpriority creditor's name and mailing address**
Mr John T Hayes
Saint Paul Seminary
2260 Summit Ave
St. Paul, MN 55105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.366**

**Nonpriority creditor's name and mailing address**
Mr Joshua B Bot
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.367**

**Nonpriority creditor's name and mailing address**
Mr Nathan T Hansen
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mr Raymond W Eberhard
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mr Samuel L Rosemeier
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mr Shawn M Polman
Saint Paul Seminary
2260 Summit Ave
St. Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mr Tanner D Thooft
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mr Troy N Timmerman
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mr. Aldean Hendrikson
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mr. Bryan Reising
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.375** | **Nonpriority creditor's name and mailing address**

Mr. Charles Botz
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address**

Mr. Dan Rossini
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address**

Mr. Kevin Losleben
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address**

Mr. Nathan Knutson
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address**

Mr. Ronald Frost
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address**

Mr. Thomas Holzer
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address**

Mr. Thomas Keaveny
1421 Sixth Street North
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs Cynthia K. Blickem
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs Janelle Boyum
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Carol Hacker
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Jennifer Ranweiler
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Jeovana Michals
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Karla Cross
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Linda Reising
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.389** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Paulette Kral
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Penny Frost
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Tami Dale
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mrs. Wanda Ubl
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ms. Anne Schwarz
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ms. Christine Clancy
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ms. Jane Beranek
1421 Sixth Street N
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.396** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ms. Marilyn Hesse
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ms. Sandra Rickertsen
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ms. Sherry Kalow
1421 Sixth Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mutual Of Omaha
S3 - Special Risk
Po Box 31716
Omaha, NE 68131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

NCCL
Suite 110
415 Michigan Ave Ne
Washington, DC 20017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

NCCL Province Viii
Catholic Education Ministries
305 7th Ave N
Saint Cloud, MN 56303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

NCDVD
440 W Neck Road
Huntington, NY 11743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.403** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

NCEA
Po Box 63258
Charlotte, NC 28263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

NCEA
Po Box 63221
Charlotte, NC 28263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

NCEA Events
Po Box 63392
Charlotte, NC 28263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Neopost USA Inc.
Attn Officer, General or Agent
Dept 3689 PO Box 123689
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $282.00

Net Medix, Inc.
Attn Officer, General or Agent
PO Box 249
Lake Crystal, MN 56055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Goods and/or services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Net Ministries
110 Crusader Ave W
Saint Paul, MN 55118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

New Ulm Area Catholic Schools
514 N Washington St
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

New Ulm Furniture
16 N German St
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

New Ulm Glass
1300 N Front St
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

New Ulm Postmaster
27 S German
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,845.34

New Ulm Public Utilities
Attn Officer, General or Agent
100 North Broadway
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Nicklasson Athletic Co, Inc
1217 S Broadway
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Nu Current Electric Inc
Po Box 264
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Nu-Telecom
Attn Officer, General or Agent
27 N Minnesota St PO Box 697
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47.88**

Office Max
PO Box 101705
Atlanta, GA 30392

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Office Of National Collections
Catholic Comm. Campaign
Po Box 96278
Washington, DC 20090

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Office Of National Collections
Coll/Church In Eastern Europe
Po Box 96278
Washington, DC 20090

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Omnicare of Annapolis Junction
Attn Officer, General or Agent
PO Box 713611
Cincinnati, OH 45271

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Order of Friar Servants/Mary
Brother Michael Callary
3121 W Jackson Blvd
Chicago, IL 60612

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Order Of The Sisters Of
Mary Morning Star
318 Mcquestion Street
Ghent, MN 56239

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Our Lady of the Lakes
6680 153rd Ave NE
Spicer, MN 56288

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | | Case number (if known) | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

---

**3.424** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Our Sunday Visitor
Po Box 4013
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Paape Energy Services
Attn Officer, General or Agent
307 McKinzie St S. PO Box 1
Mankato, MN 56001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Page 1 Printer
1929 Engebretson St
Slayton, MN 56172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Pamela Wester
2300 Lake Ave
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Patterson's
117 N Minnesota
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Paul C. Engh
Attorney at Law
220 S 6th Street Ste 1225
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Paul Matenaer, MTS JCL
702 S High Point Rd    Suite 2
Madison, WI 53719

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.431** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Paul Middlestaedt
1908 38th Street So
Saint Cloud, MN 56301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Paulinas Distribuidora
145 Sw 107 Ave
Miami, FL 33174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Paulist Press
997 Macarthur Blvd.
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $349.09

Pioneer Telephone
Attn Officer, General or Agent
PO Box 11018
Lewiston, ME 04243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Plunkett's Pest Control
40 NE 52nd Way
Fridley, MN 55421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Pontifical North Amer. College
Attn Officer, General or Agent
PO Box 447
Central Islip, NY 11722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Preferred Printing
Attn Officer, General or Agent
107 W Main Street
Madelia, MN 56062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.438** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Presentations Sisters PVBM
Sr Lois Byrne
501 Atlantic Ave
Degraff, MN 56271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Presstar Printing
801 Lake Street
Mankato, MN 56003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Priests' Pension Plan
1421 6th Street North
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Promesa Enterprises, Inc.
Attn Officer Agent or General
5316 Hwy 290 W Suite 500
Austin, TX 78735

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Quill
Attn Officer, General or Agent
PO Box 37600
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Raymond Eberhard
St John Vianny Seminary
2115 Summit Ave  Mail 6735
Shoreview, MN 55126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Redemptorist Denver Province
Christine Jenkins
1230 S Parker Road
Denver, CO 80231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.445**

**Nonpriority creditor's name and mailing address**
Retzlaff's
Attn Officer, General or Agent
21 N Minnesota PO Box 453
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446**

**Nonpriority creditor's name and mailing address**
Rev Alexander Laschuk JCD
1233 Yonge St #G5
Tornoto Ontario
M4T 1W4

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.447**

**Nonpriority creditor's name and mailing address**
Revenend Eugene L Lozinski
Church of St Mary
636 1st Ave N
Sleepy Eye, MN 56085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.448**

**Nonpriority creditor's name and mailing address**
Reverend Andrew J Michels
Church of St Mary
636 1st Ave N
Sleepy Eye, MN 56085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.449**

**Nonpriority creditor's name and mailing address**
Reverend Anthoney R Hesse
Church of St Anne
PO Box 239
Wabasso, MN 56293

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**

**Nonpriority creditor's name and mailing address**
Reverend Anthony H Plathe
Apt 105
2020 Lakeview Dr
Clearwater, Fl 33763

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.451**

**Nonpriority creditor's name and mailing address**
Reverend Anthony J Stubeda
Church of St Pius X
1014 Knight Ave N
Glencoe, MN 55336

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.452** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Bernard J Steiner
1001 N Garden St
Apt 105
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Brian L Mandel
Church of St John
106 N 4th St
Darwin, MN 55324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Brian Oestreich
Church of St Michael
412 W 3rd St
Madison, MN 56256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Cornelius Ezeiloaku
Cathedral of Holy Trinity
605 N State St
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Craig A Timmerman
Church of St Peter
307 4th St W
Canby, MN 56220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend David L Breu
PO Box 7
Graceville, MN 56240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Dennis C Labat
Church of St Aloysius
302 S 10th St
Olivia, MN 56277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reverend Dennis E Becker
11208 County Rd 12 NW
Garfield, MN 56332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reverend Eugene C Hackert
700 3rd Ave NW
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reverend Eugene M Brown
1320 Riverside LN
Apt 203
Mendota Heights, MN 55118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reverend Frederick T Fink
1219 Trisco Cove Dr SE
Osakis, MN 56360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reverend Garrett D Ahlers
2631 225th Ave
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reverend George Schmit
Church of St Mary
PO Box 500
Bird Island, MN 55310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reverend Gerald S Meidl
Church of St Anastasia
460 Lake St SW
Hutchinson, MN 55350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.466** | **Nonpriority creditor's name and mailing address**

Reverend Germain P Rademacher
60297 402nd Ln
New Ulm, MN 56073

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467** | **Nonpriority creditor's name and mailing address**

Reverend Jack A Nordick
3660 111th Ave
Ortonville, MN 56278

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.468** | **Nonpriority creditor's name and mailing address**

Reverend James D Barry
9300 Collegeview Rd
Bloomington, MN 55437

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469** | **Nonpriority creditor's name and mailing address**

Reverend James W Devorak
St Gerard
9600 Regent Ave N
Brooklyn Park, MN 55443

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.470** | **Nonpriority creditor's name and mailing address**

Reverend Jeffrey P Horejsi
Church of St Andrew
PO BOX C
Fairfax, MN 55332

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.471** | **Nonpriority creditor's name and mailing address**

Reverend Jeremy G Kucera
Church of St Francis
508 13th St N
Benson, MN 56215

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.472** | **Nonpriority creditor's name and mailing address**

Reverend Jerome E Paulson
Our Lady of the Lakes
6680 153rd Ave NE
Spicer, MN 56288

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.473**

**Nonpriority creditor's name and mailing address**
Reverend John A Pearson
Apt 214
14180 Broadmoor Dr
Baxter, MN 56425

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.474**

**Nonpriority creditor's name and mailing address**
Reverend John G Berger
PO Box 186
Green Isle, MN 55338

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.475**

**Nonpriority creditor's name and mailing address**
Reverend John H Brunner
17390 Harbor Rd
Cold Spring, MN 56320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.476**

**Nonpriority creditor's name and mailing address**
Reverend John Richter
Cathedral of Holy Trinity
605 N State St
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.477**

**Nonpriority creditor's name and mailing address**
Reverend John T Goggin
Parroquia San Lucas Toliman
Solola 07013 Guatemala
Central America

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.478**

**Nonpriority creditor's name and mailing address**
Reverend Joseph Steinbeisser
Church of St Phillip
821 E 5th St
Litchfield, MN 55355

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.479**

**Nonpriority creditor's name and mailing address**
Reverend Keith R Salisbury
Church of St Mary
PO Box 392
Arlington, MN 55307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
| --- | --- | --- | --- |
| | Name | | |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Reverend Kenneth E Irrgang
740 14th St S
Apt 13
St Cloud, MN 56301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Reverend Lawrence H Hansen
501 Plus Mill Rd
Wallingford, PA 19086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Reverend Leland C Mead
22295 Lakewood Dr
Madison Lake, MN 56063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Reverend Mark Mallak
PO Box 270
Dawson, MN 56232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Reverend Mark S Mallak
Church of St James
PO Box 60
Dawson, MN 56232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Reverend Mark S Steffl
900 E Flynn St
PO Box 383
Redwood Falls, MN 56283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

Reverend Matthew J Wiering
Church of St Mary
PO Box 228
Darwin, MN 56229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Diocese of New Ulm | | Case number (if known) | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

---

**3.487** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Michael Doyle
Church of the Holy Family
720 Main St W
Silver lake, MN 55381

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Patrick L Casey
525 Fairfield Ave S
Apt 439
St Paul, MN 55116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Paul A Schumacher
Church of the Holy Trinty
PO Box 9
Winsted, MN 55395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Paul L Wolf
Church of the Holy Redeemer
503 W Lyon St
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Paul Timmerman
Church of St Joseph
512 Black Oak Ave
Montevideo, MN 56265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Peter C Nosbush
504 W Franklin Ave
Minneapolis, MN 55405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Reverend Phillip M Schotzki
Church of St Raphael
112 W Van Dunsen St
Springfield, MN 56087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.494** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Reverend Richard C Gross
404 Luella St
Apt 1001
Watkins, MN 55389

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Reverend Robert J Mraz
Church of St Mary
PO Box 602
Walnut Grove, MN 56180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Reverend Robert P Goblirsch
702 3rd Ave NW
Apt 10
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Reverend Ronald Huberty
Church of SS Peter and Paul
PO Box 49
Ivanhoe, MN 56142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Reverend Samuel J Wagner
Church of St Mary
636 1st Ave N
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Reverend Samuel Perez
Church of St Joseph
PO Box 427
Henderson, MN 56044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Reverend Steven J Verhelst
Church of St Mary
713 12th St SW
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.501** | **Nonpriority creditor's name and mailing address**
Reverend Todd J Peterson
Church of St Peter
1801 W Broadway
St Peter, MN 56082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.502** | **Nonpriority creditor's name and mailing address**
Reverend Van De Crommert
Church of the Holy Rosary
525 Grant Ave
North Mankato, MN 56003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.503** | **Nonpriority creditor's name and mailing address**
Reverend William A Springler
112 Morningside Dr NE
Hutchinson, MN 55350

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.504** | **Nonpriority creditor's name and mailing address**
Reverend Williamd H Bowles
St John the Baptist
4595 Bayview Dr
Ft Lauderdale, FL 33308

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.505** | **Nonpriority creditor's name and mailing address**
Reverend Zachary D Peterson
Church of St Edward
409 N Adams St
Minneota, MN 56264

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.506** | **Nonpriority creditor's name and mailing address**
River Creek Nursery, Inc
1200 S Front St
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.507** | **Nonpriority creditor's name and mailing address**
River Region Co-op
Attn Officer, General or Agent
PO Box 665
Essig, MN 56030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

River Valley Lawn Care
Attn Officer, General or Agent
715 North Franklin
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___ Notice Only ___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

River Valley Power Equipment
Attn Officer, General or Agent
1900 South Valley
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___ Notice Only ___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $290.11 |
|---|---|---|---|

Riverbend Business Products
Attn Officer, General or Agent
1400 Madison Ave PO Box 4308
Mankato, MN 56002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___ Goods and/or services ___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Riverbend Tec
Fr Denny Labat
302 S 10th Street
Olivia, MN 56277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___ Notice Only ___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Rogationist Missionary Center
Fr Devassy Painadath
2688 S Newmark Ave  Po Box 37
Sanger, CA 93657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___ Notice Only ___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Runnings Supply, Inc.
Attn Officer, General or Agent
901 Highway 59 N
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___ Notice Only ___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

RVS Shredding
Attn Officer, General or Agent
PO Box 338
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___ Notice Only ___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ryan & Katie Braulick
120 St Mary Street NE
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Saint PIO Media, LLC
7716 45 1/2 Ave North
New Hope, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Samuel Patet
2800 Hamline Avenue #235
Saint Paul, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Samuel Rosemeier
St John Vianney Seminary
2115 Summit Ave   Mail 6075
Saint Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Schoenstatt On The Lake
27762 County Road 27
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Schoenstatt Sisters Of Mary
27762 County Road 27
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $420.00 |
|---|---|---|---|

Schoenstatt Sr. of Mary
27762 County Rd 27
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

School Sisters Of Notre Dame
C/O Liturgical Fabric Arts
320 East Ripa Ave
Saint Louis, MO 63125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Schultz Family Foods
900 East Main Street
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sibley County Courthouse
400 Court Ave
Po Box 44
Gaylord, MN 55334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sister Candace Fier
1421 Sixth Street North
New Ulm, MN 56081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sister Lois Byrne
1421 Sixth Street North
New Ulm, MN 56076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Slayton Post Office
Attn Officer, General or Agent
2541 Broadway Ave
Slayton, MN 56172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Society of The Missionaries
St Francis Xavier
6326 N Washtena W Ave
Chicago, IL 60659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Sophia Institute For Teachers
Po Box 5284
Manchester, NH 03108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

SR Marie Paul Lockerd Rsm
51437 800th Street
Jackson, MN 56143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

SSL Enterprises, Inc.
Attn Officer, General or Agent
626 N Minnesota Street
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

St Anastasia School
400 Lake St SW
Hutchinson, MN 55350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

St Anne School
PO Box 239
Wabasso, MN 56293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

St Anthony Elm School
514 N Washington St
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

St Clotilde
3272 270th Ave
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of New Ulm | | Case number (if known) | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

---

**3.536**

**Nonpriority creditor's name and mailing address**
St Edward School
210 W 4th Street
Minneota, MN 56264

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.537**

**Nonpriority creditor's name and mailing address**
St George
63128 388th LN
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.538**

**Nonpriority creditor's name and mailing address**
St Gertrude
31608 650th Ave
Litchfield, MN 55355

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.539**

**Nonpriority creditor's name and mailing address**
St Gregory the Great
PO Box 5
Lafayette, MN 56054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Indemnity Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.540**

**Nonpriority creditor's name and mailing address**
St John Cantius
PO Box 310
Tyler, MN 56178

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.541**

**Nonpriority creditor's name and mailing address**
St John the Baptist
18241 1st Ave
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unknown

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.542**

**Nonpriority creditor's name and mailing address**
St Luke Institute
Attn Officer, General or Agent
8901 New Hampshire Ave
Silver Spring, MD 20903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.543** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

St Mary Elementary School
104 Saint Mary's St NW
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

St Mary Junior & Senior HS
104 Saint Mary's St NW
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

St Mary School
PO Box 500
Bird Island, MN 55310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

St Mary School
225 6th St
Tracy, MN 56175

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

St Peter School
410 Ring Ave N
Canby, MN 56220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

St Philip School
225 E 3rd St
Litchfield, MN 55355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

St Prius X School
1103 10th St E
Glencoe, MN 55336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.550**

**Nonpriority creditor's name and mailing address**
St Raphael School
20 W Van Dusen St
Springfield, MN 56087

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.551**

**Nonpriority creditor's name and mailing address**
St Thomas
PO Box 427
Henderson, MN 56044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.552**

**Nonpriority creditor's name and mailing address**
St. Michael School
PO Box 459
Morgan, MN 56266

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Indemnity Claim

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.553**

**Nonpriority creditor's name and mailing address**
St. Patrick's Guild
Attn Officer, General or Agent
1554 Randolph Avenue
Saint Paul, MN 55105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.554**

**Nonpriority creditor's name and mailing address**
STA Travel Inc
Accounts Receivable
585 N Juniper Dr  Suite 250
Chandler, AZ 85226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.555**

**Nonpriority creditor's name and mailing address**
State Industrial Products
Attn Officer, General or Agent
PO Box 74189
Cleveland, OH 44194

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.556**

**Nonpriority creditor's name and mailing address**
Steve Groebner
344 W Sandhurst
Roseville, MN 55113

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Subway
2316 9th St E
Glencoe, MN 55336

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Susan Kraus
615 South Front St
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Terstegg's
1111 E Bridge Street
Redwood Falls, MN 56283

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Abbey of the Hills
46561 147th St
PO Box 38
Marvin, SD 57251

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84.68 |
|---|---|---|---|

The Jonas Center
Attn Officer, General or Agent
925 12th Street E Ste 101
Glencoe, MN 55336

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods and/or services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Master's Coffee Shop
And Bakery Inc
809 E Lincoln Ave
Olivia, MN 56277

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Parent Institute
Po Box 7474
Fairfax Station, VA 22039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Diocese of New Ulm | | Case number (if known) | 17-30601 |
|---|---|---|---|---|
| | Name | | | |

---

**3.564** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Picker-Uppers Llc
Po Box 638
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | $0.00

TKE Corp
Attn Officer, General or Agent
PO Box 933004
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | $0.00

Today's Catholic Teacher
Po Box 49725
Dayton, OH 45449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | $0.00

Tom & Mary Portner
29042 - 240th St
Sleepy Eye, MN 56085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | $0.00

Totalfunds by Hasler
Attn Officer, General or Agent
PO Box 30193
Tampa, FL 33630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | $0.00

Turnkey Direct Marketing
Attn Officer, General or Agent
PO Box 261
Excelsior, MN 55331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | $0.00

Uni. of St Mary of The Lake
1000 Maple Street
Mundelein, IL 60060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.571**

**Nonpriority creditor's name and mailing address**
University of St. Thomas
Attn Officer, General or Agent
2115 Summit Ave Mail 5002
Saint Paul, MN 55105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572**

**Nonpriority creditor's name and mailing address**
UNUM Life Insurance
Attn Officer, General or Agent
PO Box 406946
Atlanta, GA 30384

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573**

**Nonpriority creditor's name and mailing address**
Upper Midwest Management Corp
1314 Westridge Road
Po Box 834
New Ulm, MN 56073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574**

**Nonpriority creditor's name and mailing address**
USCCB
Office Of National Collections
Po Box  96278
Washington, DC 20090

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575**

**Nonpriority creditor's name and mailing address**
USCCB Communications Dept
3211 4th Street NE
Washington, DC 20017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576**

**Nonpriority creditor's name and mailing address**
USCCB Conv of Catholic Leaders
Orchid Event Solutions
175 West Temple  Suite 30
Salt Lake City, UT 84116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577**

**Nonpriority creditor's name and mailing address**
USCCB Strategic Planning
3211 4th Street Ne
Washington, DC 20017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

---

**3.578** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

USCCB, Dept Of Education
3211 4th St NE
Washington, DC 20017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.41

Vast Broadband
Attn Officer, General or Agent
PO Box 35153
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Goods and/or services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Verizon Wireless
Attn Officer, General or Agent
PO Box 25505
Lehigh Valley, PA 18002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55.45

Vianney Vocations
505 North Toombs St
Valdosta, GA 31601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Viking Optical
109 Doctors Park
Saint Cloud, MN 56301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Voyageurweb
209 S Second St
Suite 216 PO Box 205
Mankato, MN 56002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $139.70

Waste Management
Attn Officer, General or Agent
PO Box 4648
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Goods and/or services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.63 |

Wayne Peterson Enterprises
3140 Neil Armsrong Blvd
Suite 321
Eagan, MN 55121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Wendinger Band & Travel
38483 - 631st Ave
New Ulm, MN 56073

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Xact Data Discovery
Po Box 6596
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Line  2.3<br>☐ Not listed. Explain _____ | _ |
| 4.2 | University of St. Thomas<br>Perkins Loan Office<br>2115 Summit Avenue AQU 2005<br>Saint Paul, MN 55105 | Line  3.571<br>☐ Not listed. Explain _____ | _ |
| 4.3 | University of St. Thomas<br>CHC 156 - Bonnie<br>2115 Summit Ave<br>Saint Paul, MN 55105 | Line  3.571<br>☐ Not listed. Explain _____ | _ |
| 4.4 | University of St. Thomas<br>St Paul Seminary<br>2260 Summit Ave Mail<br>Saint Paul, MN 55105 | Line  3.571<br>☐ Not listed. Explain _____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,899.18 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,899.18 |

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify the case:**

Debtor name __The Diocese of New Ulm__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) __17-30601__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Credit card gateway and processor | |
| | State the term remaining | Debtor is Lessee Ongoing | Blackbaud Attn: Officer or Agent 2000 Daniel Island Drive Charleston, SC 29492 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Medical Benefits Administration | |
| | State the term remaining | | Blue Cross Blue Shield of MN Attn Officer, General or Agent PO Box 64676 Saint Paul, MN 55164 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Workers' Compensation Insurance Policy | |
| | State the term remaining | Debtor is insured 7/1/2017 | Church Mutual Insurance Co. Attn: Officer or Agent 3000 Schuster Lane Merrill, WI 54452 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Automobile Insurance Policy | |
| | State the term remaining | Debtor is insured 7/1/2017 | Church Mutual Insurance Co. Attn: Officer or Agent 3000 Schuster Lane Merrill, WI 54452 |
| | List the contract number of any government contract | | |

Debtor 1    The Diocese of New Ulm
      First Name     Middle Name     Last Name

Case number *(if known)*    17-30601

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | Occupancy Agreement for office space located at 713 12th Street SW, Willmar, MN | |
| State the term remaining | Debtor is Lessee December 31, 2017 | Church of St. Mary, Willmar Attn: Fr. Steve Verhelst 713 12th Street SW Willmar, MN 56201 |
| List the contract number of any government contract | | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | Lease Extension Agreement for office space located at 902 Hwy 15 South, Suite 12 & 13, Hutchinson, MN 55350 | |
| State the term remaining | Debtor is Lessee December 31, 2017 | David & Lori Broll 904 Hwy 15 S Suite G Hutchinson, MN 55350 |
| List the contract number of any government contract | | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | Dental Benefits Administation Group Dental Plan Contract | |
| State the term remaining | December 31, 2017 | Delta Dental of Minnesota 500 Washington Avenue South Attn Officer or Agent Ste 2060 Minneapolis, MN 55415 |
| List the contract number of any government contract | | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | Casemaster Case Management Software License Agreement | |
| State the term remaining | Ongoing | Digital Innovation, Inc. 134 Industry Lane, Suite 3 Forest Hill, MD 21050 |
| List the contract number of any government contract | | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | Human Resources Consulting Agreement | |
| State the term remaining | April  22, 2017 | Human Resource Tech Inc. Attn: Officer or Agent 850 Emerald Court New Brighton, MN 55112 |
| List the contract number of any government contract | | |

| Debtor 1 | The Diocese of New Ulm | | | Case number *(if known)* | 17-30601 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement for farmland property located in Brown County, containing a total of 37 tillable acres. | |
| State the term remaining — Debtor is Lessor December 31, 2017 | |
| List the contract number of any government contract | Keith Marti 1011 North Franklin Street New Ulm, MN 56073 |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — Purchase Agreement for Vacant Land - 11th Street North, New Ulm, MN<br><br>Lot 16 Block 1 Oak Bluffs 6th Addition<br><br>Debtor is Seller | |
| State the term remaining | |
| List the contract number of any government contract | M&D Properties, LLC c/o Mike Kral 56491 County Rd 15 New Ulm, MN 56073 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — Purchase Agreement for Vacant Land - 11th Street North, New Ulm, MN<br><br>Lot 8 Block 2 Oak Bluffs 6th Addition<br><br>Debtor is Seller | |
| State the term remaining | |
| List the contract number of any government contract | M&D Properties, LLC c/o Mike Kral 56491 County Rd 15 New Ulm, MN 56073 |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — Purchase Agreement for Vacant Land - 11th Street North, New Ulm, MN<br><br>Lot 7 Block 2 Oak Bluffs 6th Addition<br><br>Debtor is  Seller | |
| State the term remaining | |
| List the contract number of any government contract | M&D Properties, LLC c/o Mike Kral 56491 County Rd 15 New Ulm, MN 56073 |

| Debtor 1 | The Diocese of New Ulm | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)*    17-30601

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement for Vacant Land - 11th Street North, New Ulm, MN | |
| | | Lot 6 Block 2 Oak Bluffs 6th Addition | |
| | | Debtor is Seller | |
| | State the term remaining | | M&D Properties, LLC c/o Mike Kral 56491 County Rd 15 New Ulm, MN 56073 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2017 Grand Cherokee Limited | |
| | State the term remaining | November 2019 | Maday Motors Inc. 2403 S. Broadway New Ulm, MN 56073 |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement for Vacant Land - 12 Bishop Lucker Lane | |
| | | Lot 5, Block 1, Oak Bluff's 6th Addition | |
| | | Debtor is Seller | |
| | State the term remaining | | Scott & Brigette R. Cooper |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Occupancy Agreement for office space located at 1418 State Street, Marshall, MN | |
| | State the term remaining | Debtor is Lessee December 31, 2018 | SMSU Campus Religious Center Attn: William Pavot 1418 State Street Marshall, MN 56258 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Joint Powers Agreement for Group Employee Benefits and Other Financial Risk Mangement Services | South Central Service Coop Attn: Officer or Agent 2075 Lookout Drive Mankato, MN 56003 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  The Diocese of New Ulm
    First Name        Middle Name        Last Name

Case number *(if known)*  17-30601

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for farmland located in Brown County, containing a total of 167.7 tillable acres | |
| | State the term remaining | Debtor is Lessor December 31, 2017 | Stanley Seifert 28284 County Road 27 Sleepy Eye, MN 56085 |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Agreement related to self-insurance fund for various insurance coverages | |
| | State the term remaining | Debtor is insured July 1, 2017 | The Catholic Mutual Relief Society of America 10843 Old Mill Road Omaha, NE 68154 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___The Diocese of New Ulm___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) ___17-30601___

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____  <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____  <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____  <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____  <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _The Diocese of New Ulm_

United States Bankruptcy Court for the: _DISTRICT OF MINNESOTA_

Case number (if known) _17-30601_

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:      Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For year before that:<br>From  7/01/2015 to  6/30/2016 | ■ Operating a business<br>Unrestricted donations, gain on investments, land rental and sale<br>■ Other income | $3,367,651.50 |
| For the fiscal year:<br>From  7/01/2014 to  6/30/2015 | ■ Operating a business<br>Unrestricted donations, gain on investments, land rental and sale<br>■ Other income | $3,337,878.35 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    The Diocese of New Ulm _____    Case number *(if known)*   17-30601

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Holy Redeemer<br>503 W Lyon Street<br>New Ulm, MN 56073 | 1/21/17 | $9,929.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other DMA Parish Payout |
| 3.2. | Cathedral of The Holy Trinity<br>605 N State Street<br>New Ulm, MN 56073 | 1/21/17 | $9,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other DMA Parish Payout |
| 3.3. | Church of St. Mary<br>417 S Minnesota Street<br>New Ulm, MN 56073 | 1/21/17 | $15,673.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other DMA Parish Payout |
| 3.4. | Church of St. Mary<br>417 S Minnesota Street<br>New Ulm, MN 56073 | 1/21/17 | $8,682.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other DMA Parish Payout |
| 3.5. | Apostolic Nunciature<br>3339 Massachusetts Avenue NW<br>Washington, DC 20008 | 12/31/16 | $20,706.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Forward Parish<br>Collections Peters Pence |
| 3.6. | Church Mutual Group<br>Attn: Officer or Agent<br>3000 Schuster Lane<br>Merrill, WI 54452 | 1/10/17 &<br>1/24/17 | $53,503.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. | Catholic Umbrella Pool<br>c/o Catholic Mutual Relief Society<br>10843 Old Mill Road<br>Omaha, NE 68154 | 12/23/16 | $7,255.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. | Christian Bros Employee Retirement Plan | 12/29/16,<br>1/6/17,<br>2/1/17,<br>2/6/17,<br>2/13/17 | $180,429.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Retirement Plan |

Debtor    The Diocese of New Ulm _____    Case number (if known) 17-30601

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. Christian Brothers | 2/28/17 | $33,060.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Money from General Fund to CBIS Account - Charitable Trusts |
| 3.10. Clifton Larson Allen LLP<br>Attn Officer, General or Agent<br>109 N Main Street<br>Austin, MN 55912 | 1/10/17 | $19,833.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  Parish Audits |
| 3.11. Crosier Fathers and Brothers<br>PO Box 500<br>Onamia, MN 56359 | 12/29/16 | $12,009.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Mission Coop Parish Collections Forwarded |
| 3.12. FR Irenaeus NWIMP | 2/15/17 | $9,127.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.13. Friends of San Lucas<br>4679 Cambridge Drive<br>Eagan, MN 55122 | 12/29/16 | $9,882.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.14. James Young & Associates<br>101 Main Street South #206<br>Hutchinson, MN 55350 | 2/2/17 | $57,175.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. Order of the Sisters of Mary Morning Star<br>318 McQuestions Street<br>Ghent, MN 56239 | 1/3/17 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Catholic Grant Extension |

Debtor    The Diocese of New Ulm                                    Case number *(if known)*    17-30601

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. Paul C. Engh<br>Attorney at Law<br>220 S 6th Street Ste 1225<br>Minneapolis, MN 55402 | 2/28/17 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. Turnkey Direct Marketing<br>Attn Officer, General or Agent<br>PO Box 261<br>Excelsior, MN 55331 | 1/10/17 &<br>2/27/17 | $22,451.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Mailing to Parishioners<br>regarding bankruptcy |
| 3.18. USCCB<br>Office of National Collections<br>PO Box 96278<br>Washington, DC 20090 | 1/3/17 | $16,112.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Forward of Parish<br>Collections for Disasters |
| 3.19. Blue Cross Blue Shield of MN<br>Attn Officer, General or Agent<br>PO Box 64676<br>Saint Paul, MN 55164 | | $211,193.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Premiums |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Most Reverend John M. LeVoir<br>1421 6th Street North<br>New Ulm, MN 56073<br>President/Member | 3/15/16<br>through<br>2/28/17 | $26,401.70 | Wages |
| 4.2. Monsignor Eugene Lozinski<br>1421 6th Street North<br>New Ulm, MN 56073<br>Secretary/Chancellor/Member | Jan 2015 -<br>October 2016 | $3,262.97 | Mileage |
| 4.3. Monsignor Douglas L. Grams<br>1421 6th Street North<br>New Ulm, MN 56073<br>Vicar General/Member | 6/25/16 | $724.74 | Mileage |

Debtor   The Diocese of New Ulm                                         Case number (if known)   17-30601

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  Monsignor Douglas L. Grams<br>1421 6th Street North<br>New Ulm, MN 56073<br>Vicar General/Member | 12/29/16 | $50.00 | Christmas Gift |
| 4.5.  Monsignor Douglas L. Grams<br>1421 6th Street North<br>New Ulm, MN 56073<br>Vicar General/Member | 2/17/17 | $621.00 | Mileage |
| 4.6.  Monsignor Douglas L. Grams<br>1421 6th Street North<br>New Ulm, MN 56073<br>Vicar General/Member | 2/17/17 | $66.88 | January 2017 mileage |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Dan Rossini<br>444-2016-00686 | EEOC | Equal Employment Opportunity Commission<br>330 Second Avenue South<br>Suite 720<br>Minneapolis, MN 55401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  John Doe v. School Sisters of Norte Dame Central Pacific Province, Inc., the Diocese of New Ulm, and the Chuch of St. Michael of Madison, Minnesota<br>08-CV-15-437 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   The Diocese of New Ulm

Case number *(if known)*   17-30601

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. John Doe 10 v. Diocese of New Ulm and the Servants of the Paraclete and Former Priest No. 1 [FP#1]<br>Former Priest No. 2 [FP#2]<br>08-CV-13-1084 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. John Doe 37 and John Doe 38 v. Diocese of New Ulm<br>08-CV-14-863 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. John Doe 107 v. Archdiocese of St. Paul and Minneapolis, The Diocese of New Ulm, and St. John's Catholic Church<br>62-CV-13-8000 | Personal Injury | Ramsey Co. District Court<br>15 W Kellogg Blvd<br>Saint Paul, MN 55102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. John Doe 109 v. Archdiocese of St. Paul and Minneapolis and The Diocese of New Ulm<br>62-CV-14-4275 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. John Doe 111 v. Diocese of New Ulm, St. Michael Catholic Church<br>08-CV-16-531 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. John Doe 116 v. Diocese of New Ulm and Holy Family Parish<br>08-CV-14-897 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. John Doe 122 v. Diocese of New Ulm, Holy Family Parish<br>08-CV-16-250 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. John Doe 125 v. Diocese of New Ulm, Holy Family Parish<br>08-CV-16-507 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. John Doe 127 v. Diocese of New Ulm, Church of St. Pius X<br>08-CV-16-506 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. John Doe 128 v. Diocese of New Ulm, Church of St. Pius X<br>08-CV-16-505 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. John Doe 130 v. Diocese of New Ulm, St. Pius X Parish<br>08-CV-16-542 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   The Diocese of New Ulm                                      Case number *(if known)*   17-30601

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14<br>. | John Doe 135 v. Diocese of New Ulm, St. Pius X Parish<br>08-CV-16-535 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>. | John Doe 138 v. Diocese of New Ulm, Holy Family Parish<br>08-CV-16-536 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>. | John Doe 141 v. Diocese of New Ulm, St. Pius X Parish<br>08-CV-16-543 | Personal Injury | Brown County District Court<br>14 South State Street<br>P.O. Box 248<br>New Ulm, MN 56073 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Diocesan Council of Catholic Women<br>Attn: Kris Anderson<br>26750 County Highway 13<br>Morgan, MN 56266 | Monthly Monetary Donation | Monthly within last two years | $10,008.00 |
| **Recipients relationship to debtor** | | | |
| 9.2. 2017 National Tekakwitha Conference<br>1500 Massachusetts Avenue NW<br>Suite 24<br>Washington, DC 20005 | Monetary Donation | Within last two years | $1,500.00 |
| **Recipients relationship to debtor** | | | |
| 9.3. NET Ministries<br>110 Crusador Avenue W<br>West Saint Paul, MN 55118 | Monetary Donation | Within last two years | $2,500.00 |
| **Recipients relationship to debtor** | | | |

| Debtor | The Diocese of New Ulm | Case number (if known) | 17-30601 |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fredrikson & Byron PA<br>200 S 6th St<br>Ste 4000<br>Minneapolis, MN 55402 | | See Application to Employ | $599,739.98 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Alliance Management<br>601 Carlson Pkwy<br>Ste 110<br>Hopkins, MN 55305 | | See Application to Employ | $141,461.80 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Blank Rome, LLP<br>1825 Eye Street NW<br>Washington, DC 20060 | | See Application to Employ | $50,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | The Diocese of New Ulm | | | Case number *(if known)* 17-30601 |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | Meier, Kennedy & Quinn 445 Minnesota Street Suite 2200 Saint Paul, MN 55101 | | See Application to Employ | $50,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Adam and Abrea Roark 11th North Street New Ulm, MN 56073 | Land located at Lot 15, Block 1 - sold for $35,900.00; Net after fees - $33,069.81 | 4/20/15 | $35,900.00 |
| | **Relationship to debtor** | | | |
| 13.2. | Harold Apitz, Jr and Gail Apitz Bishop Lucker Lane New Ulm, MN 56073 | Land located at Lot 1, Block 2 - sold for $40,900.00; net after fees $37,866.97 | 5/6/15 | $40,900.00 |
| | **Relationship to debtor** | | | |
| 13.3. | Stanley and Jamie Boushek 11th North Street New Ulm, MN 56073 | Land located at Lot 17, Block 1 - sold for $25,900; net after fees $24,503.38. | 6/9/16 | $25,900.00 |
| | **Relationship to debtor** | | | |

Debtor    The Diocese of New Ulm                                         Case number *(if known)*  17-30601

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4. | C. Eeiloaku<br>605 N. State Street<br>New Ulm, MN 56073 | 2008 Ford Taurus | 7/8/15 | $5,000.00 |
| | Relationship to debtor<br>International priest employed by<br>parish | | | |
| 13.5. | M&D Properties, LLC<br>c/o Mike Kral<br>56491 County Rd 15<br>New Ulm, MN 56073 | Land located at Lot 14, Block 1 - sold for<br>$36,900.00. | 10/11/16 | $36,900.00 |
| | Relationship to debtor | | | |
| 13.6. | Mayday Motors Inc.<br>2403 S Broadway<br>New Ulm, MN 56073 | Traded in 2015 Jeep and received<br>$24,000.00.  Paid $17,000 towards lease of<br>2017 Grand Cherokee; $7,000 went back to<br>the Diocese of New Ulm. | 11/8/16 | $24,000.00 |
| | Relationship to debtor | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. | 1400 6th Street North<br>New Ulm, MN 56073 | Through June 2014 |

## Part 8:    Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    The Diocese of New Ulm                                    Case number *(if known)*    17-30601

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

■  Yes. Does the debtor serve as plan administrator?

      ■ No Go to Part 10.
      ☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See Attachment A/B, Part 11: 77 and SOFA, Part 11: #21 (Various trust accounts) | | | $9,658,829.75 |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | The Diocese of New Ulm | Case number *(if known)* 17-30601 |
|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Thomas Holzer<br>1421 6th Street North<br>New Ulm, MN 56073 | 2001 to Present |
| 26a.2.  Carol Hacker<br>1421 6th Street North<br>New Ulm, MN 56073 | 1981 to Present |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor     The Diocese of New Ulm                                          Case number *(if known)*   17-30601

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  James Young & Associates, Ltd.<br>101 Main Street South #206<br>Hutchinson, MN 55350 | Approximately 1985 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Catholic Home Missions<br>3211 4th Street, NE<br>Washington, DC 20017 |
| 26d.2.  Catholic Extension<br>150 South Wacker<br>Suite 2000<br>Chicago, IL 60606 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Most Reverend John M. LeVoir | 1421 6th Street North New Ulm, MN 56073 | President/Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monsignor Douglas L. Grams | 1421 6th Street North New Ulm, MN 56073 | Vicar General/Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mr. Steve Gehrke | 1421 6th Street North New Ulm, MN 56073 | Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Reverend Monsignor Eugene L. Lozinski | 1421 6th Street North New Ulm, MN 56073 | Secretary/Chancellor/Member | N/A |

Debtor    The Diocese of New Ulm _____    Case number (if known) 17-30601

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mr. Michael H. Boyle | 1421 6th Street North New Ulm, MN 56073 | Vice-President/Member | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Most Reverend John M. LeVoir 1421 6th Street North New Ulm, MN 56073 | 26,401.70 | 3/15/16 through 2/28/17 | Salary and expense payments |
| | **Relationship to debtor** President/Member | | | |
| 30.2. | Monsignor Douglas Grams 1421 6th Street North New Ulm, MN 56073 | $1,462.62 | | Reimbursement |
| | **Relationship to debtor** Vicar General/Member | | | |
| 30.3. | Monsignor Eugene Lozinski 1421 6th Street North New Ulm, MN 56073 | $3,287.97 | | Reimbursement |
| | **Relationship to debtor** Secretary/Chancellor/Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Debtor    The Diocese of New Ulm                                            Case number *(if known)*   17-30601

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Pension Plan for the Priests of the Diocese of New Ulm, Non-ERISA church plan | EIN:      N/A |
| Diocese of New Ulm Lay Employee Retirement Plan, defined benefit plan administered by Christian Brothers Services | EIN:      N/A |

Debtor   The Diocese of New Ulm                                          Case number *(if known)*   17-30601

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 17, 2017

/s/ Monsignor Douglas L. Grams                          Monsignor Douglas L. Grams
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Vicar General

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
### District of Minnesota

In re    The Diocese of New Ulm                Case No. _____

                         Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal Services, I have agreed to accept   ...........................   $ | Hourly rate plus expenses, as allowed by the court |
| Prior to the filing of this statement I have received   ..............   $ | $599,739.98 |
| Balance Due   ........................................................................   $ | $7,217.50 |

2.      The source of the compensation paid to me was:
     ☑     Debtor                   ☐     Other (specify)

3.      The source of the compensation to be paid to me is:
     ☑     Debtor                   ☐     Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

     A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     D. Representation of the debtor in contested bankruptcy matters; and

     E. Other services reasonably necessary to represent the debtor(s).

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION
Page 1 of 2

LOCAL FORM 1007-1
REVISED 06/16

    I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: 3/17/2017 _____

Signature of Attorney
/e/ James L. Baillie _____
James L. Baillie 3980

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re   The Diocese of New Ulm            Case No.   17-30601

                    Debtor(s)     Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Vicar General of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 17, 2017                /s/ Monsignor Douglas L. Grams

                                   Monsignor Douglas L. Grams/Vicar General
                                   Signer/Title

Alex Street
1079 E Victory Road
Boise ID 83706

Ali Muhamed Yusep
515 Lakeland Drive Se #202
Willmar MN 56201

American Fed Pueri Cantores
1188 N Tustin St
Orange CA 92867

Anita Prestidge
310 N Washington Street
New Ulm MN 56073

Ann M Garrido
155 Ocean Lane
Apt #802
Key Biscayne FL 33149

Annette M Hrywna
3599 Academy Drive
Windsor Ontario
N9E 2H8

Apostolic Nunciature
3339 Massachusetts Ave NW
Washington DC 20008

Ava Maria Press
PO Box 428
Notre Dame IN 46556

Azteca Mexican Restaurant
215 4th Street SW
Willmar MN 56201

Breth-Zenzen
Fire Protection
8053 Sterling Drive Ste 101
Saint Joseph MN 56374

Broom Tree Youth & Family Camp
123 St Raphael Circle
Irene SD 57037

Candyman Inc
C/O Daniel Drexler
1112 S Valley Street

New Ulm MN 56073

Canon Law Society Of America
Office/ Executive Coordinator
415 Michigan Ave NE Suite 101
Washington DC 20017

Cathedral High School
600 N Washington St
New Ulm MN 56073

Cathedral of the Holy Trinity
605 N State St
New Ulm MN 56073

Catholic Answers
2020 Gillespie Way
El Cajon CA 92020

Catholic Benefits Association
C/O Strategic Risk Solutions
18835 N Thompson Peak Pkwy#210
Scottsdale AZ 85255

Catholic Charities USA
Suite 400
2050 Ballenger Avenue
Alexandria VA 22314

Catholic Family Services
523 N Duluth Ave
Sioux Falls SD 57104

Catholic Mutual Group
Po Box 30104
Omaha NE 68103

Catholic Press Association
Suite 470
205 West Monroe Street
Chicago IL 60606

Catholic Relief Services
Crs Donar Services
Po Box 17090
Baltimore MD 21203

Catholic Umbrella Pool
C/O Catholic Mutual Relief Soc
10843 Old Mill Road
Omaha NE 68154

CB 403(B) Plan
Po Box 0877
Bedford Park IL 60499

CCLI
17205 Se Mill Plain Blvd
Ste 150
Vancouver WA 98683

Center For Applied Research
In The Apostolate
2300 Wisconsin Ave NW Ste 400
Washington DC 20007

Centro Maria
650 Jackson St Ne
Washington DC 20017

Charter Audit
Po Box 96990
Washington DC 20090

Chelsey Jensen
308 Burnside Street Se
Sleepy Eye MN 56085

Christauria Welland Psy D
14356 Marianopolis Way
San Diego CA 92129

Christian Bros Emp Ret Plan
Po Box 75733
Chicago IL 60675

Christina Stodola
413 S Valley Street
New Ulm MN 56073

Christina Wangen
747 8th St
Granite Falls MN 56241

Church Art Online
Po Box 6360
Beaufort SC 29903

Church of Clara
512 Black Oak Ave
Montevideo MN 56265

Church of Mathias
PO Box 239
Wabasso MN 56293

Church of Our Lady
57482 CSAH 3
Grove City MN 56243

Church of Our Lady of Victory
PO Box 96
Lamberton MN 56255

Church of SS Peter and Paul
PO Box 310
Tyler MN 56178

Church of St Aloysius
302 S 10th St
Olivia MN 56277

Church of St Anastasia
460 Lake St SW
Hutchinson MN 55350

Church of St Andrew
PO Box C
Fairfax MN 55332

Church of St Andrew
512 Black Oak Ave
Montevideo MN 56265

Church of St Anne
PO Box 239
Wabasso MN 56293

Church of St Anthony
PO Box 409
Watkins MN 55389

Church of St Boniface
PO Box 202
Stewart MN 55385

Church of St Brendan
PO Box 85
Green Isle MN 55338

Church of St Bridget
508 13th St N

Benson MN 56215

Church of St Dionysius
PO Box 310
Tyler MN 56178

Church of St Eloi
409 N Adams St
Minneota MN 56264

Church of St Francis De Sales
PO Box 447
Winthrop MN 55396

Church of St Genevieve
PO Box 310
Tyler MN 56178

Church of St James
512 Black Oak Ave
Montevideo MN 56265

Church of St John
349 E Reuss Ave
Appleton MN 56215

Church of St John
PO Box 88
Morton MN 56270

Church of St John (Faxon) PO
Box 427
Henderson MN 56044

Church of St Joseph
PO Box 427
Henderson MN 56044

Church of St Joseph
PO Box 458
Lamberton MN 56152

Church of St Joseph (Rosen)
421 Madison Avenue
Ortonville MN 56278

Church of St Leo
307 4th St W
Canby MN 56220

Church Of St Louis
23189 State Hwy 4
Paynesville MN 56362

Church of St Malachy
508 13th St N
Benson MN 56215

Church of St Mary
713 12th SW
Willmar MN 56201

Church of St Mary
PO Box 392
Arlington MN 55307

Church of St Mary
PO Box 299
Beardsley MN 56211

Church of St Mary
PO Box 500
Bird Island MN 55310

Church of St Mary
PO Box 228
Cottonwood MN 56229

Church of St Mary
PO Box 239
Wabasso MN 56293

Church of St Mary
636 1st Ave N
Sleepy Eye MN 56085

Church of St Mary
249 6th St
Tracy MN 56175

Church of St Michael
104 Saint Mary's St NW
Milroy MN 56263

Church of St Michael
104 Saint Mary's St NW
Sleepy Eye MN 56085

Church of St Patrick
713 12th Street SW
Willmar MN 56201

Church of St Paul

PO Box 248
Nicollet MN 56271

Church of St Peter
1801 W Broadway Ave
St Peter MN 56082

Church of St Philip
821 E 5th St
Litchfield MN 55355

Church of St Thomas More
713 12th Street SW
Willmar MN 56201

Church of St Willibrord
PO Box 436
Gibbon MN 55335

Church of St. Andrew
1094 Granit Street
Granite Falls MN 56241

Church of St. Catherine
PO Box 383
Redwood Falls MN 56283

Church of St. Edward
409 N. Adams St RR 1 Box 431
Attn Officer, General or Agent
Minneota MN 56264

Church of St. Francis
508 13th St N
Benson MN 56215

Church of St. John
106 N 4th St
Darwin MN 55324

Church of St. John
PO Box 295
Hector MN 55342

Church of St. John
421 Madison Ave
Ortonville MN 56278

Church of St. Joseph
512 Black Oak Ave
Montevideo MN 56265

Church of St. Mary
417 S Minnesota St
New Ulm MN 56073

Church of St. Michael
PO Box 357
Gaylord MN 55334

Church of St. Michael
412 W 3rd St
Madison MN 56256

Church of St. Paul
PO Box 277
Comfrey MN 56019

Church of St. Paul
PO Box 236
Walnut Grove MN 56180

Church of St. Peter
307 4th St W
Canby MN 56220

Church of St. Pius
1014 Knight Avenue N
Glencoe MN 55336

Church of St. Raphael
112 W Van Dusen St
Springfield MN 56087

Church of St. Thomas More
781 2nd Street NE
Lake Lillian MN 56253

Church of the Holy Family
1014 Knight Avenue N
Glencoe MN 55336

Church of the Holy Redeemer
503 W Lyon St
Marshall MN 56255

Church of the Holy Redeemer
PO Box 401
Renville MN 56284

Church of the Holy Rosary
PO Box 7
Graceville MN 56240

Church of the Holy Rosary

525 Grant Ave
North Mankato MN 5600

Church of the Holy Trinity
PO Box 9
Winsted MN 55395

Church of the Sacred Heart
PO Box 175
Franklin MN 55333

Church of the Sacred Heart
PO Box 96
Murdock MN 56271

Clover Design LLC
901 Summit Ave
New Ulm MN 56073

Colleen Wenner
472 W Union Street
Saint Peter MN 56082

Connie Rossini
217 S Jefferson
New Ulm MN 56073

Creative Communications
1 Montauk Ave Ste 2
New London CT 06320

Crosier Fathers And Brothers
Brother Timothy Tomczak
Po Box 500
Onamia MN 56359

Current Labels Dept 6110165
Po Box 90
Sugar City ID 83448

Dan Wambeke
3260 280th Ave
Marshall MN 56258

Daniel Garland, Jr., P.H.D.
1314 Imboden Drive
Front Royal VA 22630
DCCW

Kris Anderson
26750 County Highway 13
Morgan MN 56266

Deacon Mark Kober
1421 Sixth Street North
New Ulm MN 56073

Deacon Michael J.  McKeown
1421 Sixth Street North
New Ulm MN 56073

Deacon Roger Heidt
3202 S Foxglove Pl
Sioux Falls SD 57110

Deacon Timothy P.  Dolan
1421 Sixth Street North
New Ulm MN 56073

Debbie  Zime
3325 County Road 104
Barnum MN 55707

Deborah & Roger Schroeder
215 Rainbow  Drive
Marshall MN 56258

Deborah Savage
522 N Mississippi River Blvd
Saint Paul MN 55104

Dick & Sandy Tuszynski
1941 120th Ave
Garvin MN 56132

Diocesan Fiscal Management Con
National  Office
4727 E Bell Road, Ste 45-358
Phoenix AZ 85032

Diocese  of Bismarck
Po Box 1575
Bismarck ND 58502

Diocese  of Rapid City
606 Cathedral  Drive
Po Box 678
Rapid City SD 57701

Diocese  of St.  Cloud
305 7th Ave N
St. Cloud MN 56303

Discalced Carmelite  Friars
Brother  Charles  Gamen

1233 South 45th Street
Milwaukee WI 53214

Don And Lori Clasemann
27118 CO Road 14
Browerville MN 56438

Donlar Construction Company
550 Shoreview Park Road
Saint Paul MN 55126

Dorie Reiter
6240 Cty Road 120 Apt 320
Saint Cloud MN 56303

Dr Matthew Tsakanikas
144 Pine Shores Drive
Front Royal VA 22630

DRS. Akre      & Clark
1715 S Broadway
PO Box 727
New Ulm MN 56073

Ebreviary
Po Box 1407
New York NY 10009

Elizabeth Thoreson
316 Dekalb Street
Redwood Falls MN 56283

Elvia Pena
1615 14th Street
Glencoe MN 55336

Emily Schumacher
17644 300th Ave
Sleepy Eye MN 56085

Father Aaron T Johnanneck
Cathedral of the Holy Trinity
605 N State St
New Ulm MN 56073

Fed Ex
Po Box 94515
Palatine IL 60094

First Choice Pregnancy Service
1223 S Broadway Street

New Ulm MN 56073


FR  Andy Beerman
901 South Prairie Avenue
Fairmont MN 56031


Friends  Of San Lucas
4679 Cambridge  Drive
Saint Paul MN 55122


Greg Troska
1403 Ranger  Drive  Road
Glencoe MN 55336


Groves  Academy
Attn: Ruth  Anderson
3200 Highway  100 S
St Louis Park MN 55416


Handmaids
Holy  Trinity Convent
515 N  State  Street
New Ulm MN 56073


Heglund Catering
Po  Box  563
Willmar MN 56201


Heralds  Of Good News
Rev Fr  M  Jesu  Raj
Po  Box  363
Corbin KY 40702


Holy Redeemer School
501 S  Whitney  St
Marshall MN 56258


Holy Trinty Elementary School
PO  Box  38
Winsted MN 55395


Holy Trinty High School
PO  Box  38
Winsted MN 55395


Hope  & Faith Floral Sleepy Eye
232 Main  Street  E
Sleepy Eye MN 56085


Hope  & Faith Floral/Gifts
209 North  Minnesota Street

New Ulm MN 56073

Inst. of The Incarnate Word
Fr Gaston Giacinti
1404 Old Gate Lane
Dallas TX 75218

Irene Zupfer
1426 N Garden
New Ulm MN 56073

Japanese Martyrs
30881 Country Road 24
Sleepy Eye MN 56085

Jeanine McMahon
Po Box 596
Winsted MN 55395

Jeffrey Staab
7219 Conway Place
Ruther Glen VA 22546

Jim Horgan MA LP
109 South 5th Street Suite 400
Marshall MN 56258

JMV Therapy
Parkdale Plaza Suite 330
1660 S Highway 100
Minneapolis MN 55416

Joe Naber
224 Bluebird Court
Marshall MN 56258

John Hopkins University Press
Journals Publishing Division
Po Box 19966
Baltimore MD 21211

John Ireland School
1801 W Broadway Ave
St Peter MN 56082

Joseph Froehle
13986 Greystone Road
Cold Spring MN 56320

Karen Wambeke

201 Rainbow Drive
Marshall MN 56258

Katie Ballalatak
20788 451st Ave
Arlington MN 55307

Kelly Streich
120 Elizabeth Drive
Aberdeen SD 57401-4000

Kevin Rickert
1663 Gilmore Valley Road
Winona MN 55987

Knights of Columbus
Po Box 1492
New Haven CT 06506

Leaflet Missal
976 W Minnehaha Ave
Saint Paul MN 55104

Linda Kaiser
305 North 7th Ave
Saint Cloud MN 56303

Linkedin Corporation
62228 Collections Center Drive
Chicago IL 60693

Lizz Strandburg
St Mary's School
140 S 10th Street
Bird Island MN 55310

Lora Rahe
16723 KC Road
New Ulm MN 56073

Loyola Catholic School
145 Good Counsel Dr
Mankato MN 56001

Margaret Frey
3506 County Road Y
West Bend WI 53095

Marians
of The Immaculate Conception

Eden
Stockbridge MA 01263

Mary Mother Of God
Mission Society
1736 Milestone Circle
Modesto CA 95357

Matthew Halbach
5123 NE Briarwood Drive
Ankeny IA 50021

Mid America Business Systems
2500 Broadway St Ne
Ste 100
Minneapolis MN 55413

Mid Minnesota Legal Aid
415 7th Street SW
Po Box 10
Willmar MN 56201

Midwest Art Conservation Ctr
2400 3rd Ave South
Minneapolis MN 55404

Midwest Canon Law Society
141 West Rayen Ave
Youngstown OH 44503

Minnesota Ind School Forum
1200 Pioneer Bldg
336 N Robert St
Saint Paul MN 55105

MN Dept Of Labor & Industry
Construction Codes/Lic Div
Po Box 64219
Saint Paul MN 55164

MN Voad
Po Box 130261
Roseville MN 55113

MNSAA
205 Lexington Ave South
New Prague MN 56071

Monica Hillesheim
15859 215th St
New Ulm MN 56073

Mpls  Clinic  Of Neurology
4225  Golden  Valley  Road
Minneapolis MN 55422

Mr. Aldean  Hendrikson
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Bryan  Reising
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Charles  Botz
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Dan  Rossini
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Kevin  Losleben
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Nathan  Knutson
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Ronald  Frost
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Thomas  Holzer
1421  Sixth  Street  North
New Ulm MN 56073

Mr.  Thomas  Keaveny
1421  Sixth  Street  North
New Ulm MN 56073

Mrs  Cynthia  K.  Blickem
1421  Sixth  Street  North
New Ulm MN 56073

Mrs  Janelle  Boyum
1421  Sixth  Street  North
New Ulm MN 56073

Mrs.  Carol Hacker
1421  Sixth  Street  North
New Ulm MN 56073

Mrs. Jennifer Ranweiler
1421 Sixth Street North
New Ulm MN 56073

Mrs. Jeovana Michals
1421 Sixth Street North
New Ulm MN 56073

Mrs. Karla Cross
1421 Sixth Street North
New Ulm MN 56073

Mrs. Linda Reising
1421 Sixth Street North
New Ulm MN 56073

Mrs. Paulette Kral
1421 Sixth Street North
New Ulm MN 56073

Mrs. Penny Frost
1421 Sixth Street North
New Ulm MN 56073

Mrs. Tami Dale
1421 Sixth Street North
New Ulm MN 56073

Mrs. Wanda Ubl
1421 Sixth Street North
New Ulm MN 56073

Ms. Anne Schwarz
1421 Sixth Street North
New Ulm MN 56073

Ms. Christine Clancy
1421 Sixth Street North
New Ulm MN 56073

Ms. Jane Beranek
1421 Sixth Street N
New Ulm MN 56073

Ms. Marilyn Hesse
1421 Sixth Street North
New Ulm MN 56073

Ms. Sandra Rickertsen
1421 Sixth Street North
New Ulm MN 56073

Ms. Sherry Kalow
1421 Sixth Street North
New Ulm MN 56073

Mutual Of Omaha S3 -
Special Risk Po Box
31716

Omaha NE 68131
NCCL Suite 110
415 Michigan Ave Ne
Washington DC 20017

NCCL Province Viii
Catholic Education Ministries
305 7th Ave N
Saint Cloud MN 56303

NCDVD
440 W Neck Road
Huntington NY 11743

NCEA
Po Box 63258
Charlotte NC 28263

NCEA
Po Box 63221
Charlotte NC 28263

NCEA Events
Po Box 63392
Charlotte NC 28263

Net Ministries
110 Crusader Ave W
Saint Paul MN 55118

New Ulm Area Catholic Schools
514 N Washington St
New Ulm MN 56073

New Ulm Furniture
16 N German St
New Ulm MN 56073

New Ulm Glass
1300 N Front St
New Ulm MN 56073

New Ulm Postmaster

27 S German
New Ulm MN 56073

Nicklasson Athletic Co, Inc
1217 S Broadway
New Ulm MN 56073

Nu Current Electric Inc
Po Box 264
New Ulm MN 56073

Office Max
PO Box 101705
Atlanta GA 30392

Office Of National Collections
Catholic Communications Campaign
Po Box 96278
Washington DC 20090

Office Of National Collections
Coll/Church In Eastern Europe Po
Box 96278
Washington DC 20090

Order of Friar Servants/Mary
Brother Michael Callary
3121 W Jackson Blvd
Chicago IL 60612

Order Of The Sisters Of
Mary Morning Star
318 Mcquestion Street
Ghent MN 56239

Our Lady of the Lakes
6680 153rd Ave NE
Spicer MN 56288

Our Sunday Visitor
Po Box 4013
Carol Stream IL 60197

Pamela Wester
2300 Lake Ave
New Ulm MN 56073

Patterson's
117 N Minnesota
New Ulm MN 56073

Paul Matenaer, MTS JCL
702 S High Point Rd        Suite 2

Madison WI 53719

Paul Middlestaedt
1908 38th Street So
Saint Cloud MN 56301

Paulinas Distribuidora
145 Sw 107 Ave
Miami FL 33174

Paulist Press
997 Macarthur Blvd.
Mahwah NJ 0743

Presentations Sisters PVBM
Sr Lois Byrne
501 Atlantic Ave
Degraff MN 56271

Priests' Pension Plan
1421 6th Street North
New Ulm MN 56073

Promesa Enterprises, Inc.
Attn Officer Agent or General
5316 Hwy 290 W Suite 500
Austin TX 78735

Raymond Eberhard
St John Vianny Seminary
2115 Summit Ave Mail 6735
Shoreview MN 55126

Redemptorist Denver Province
Christine Jenkins
1230 S Parker Road
Denver CO 80231

Rev Alexander Laschuk JCD
1233 Yonge St #G5
Tornoto Ontario
M4T 1W4

Riverbend Tec
Fr Denny Labat
302 S 10th Street
Olivia MN 56277

Rogationist Missionary Center
Fr Devassy Painadath
2688 S Newmark Ave Po Box 37

Sanger CA 93657

Ryan & Katie Braulick
120 St Mary Street NE
Sleepy Eye MN 56085

Saint PIO Media, LLC
7716 45 1/2 Ave North
New Hope MN 5542

Samuel Rosemeier
St John Vianney Seminary
2115 Summit Ave       Mail 6075
Saint Paul MN 55105

Schoenstatt On The Lake
27762 County Road 27
Sleepy Eye MN 56085

Schoenstatt Sisters Of Mary
27762 County Road 27
Sleepy Eye MN 56085

Schoenstatt Sr. of Mary
27762 County Rd 27
Sleepy Eye MN 56085

School Sisters Of Notre Dame
C/O Liturgical Fabric Arts
320 East Ripa Ave
Saint Louis MO 63125

Schultz Family Foods
900 East Main Street
Sleepy Eye MN 56085

Sibley County Courthouse
400 Court Ave
Po Box 44
Gaylord MN 55334

Sister Candace Fier
1421 Sixth Street North
New Ulm MN 56081

Sister Lois Byrne
1421 Sixth Street North
New Ulm MN 56076

Society of The Missionaries
St Francis Xavier
6326 N Washtena W Ave

Chicago IL 60659

Sophia  Institute  For Teachers
Po  Box  5284
Manchester NH 03108

SR  Marie  Paul Lockerd Rsm
51437  800th  Street
Jackson MN 56143

St Anastasia  School
400  Lake  St  SW
Hutchinson MN 55350

St Anne  School
PO  Box  239
Wabasso MN 56293

St Anthony Elm School
514  N  Washington  St
New Ulm MN 56073

St Clotilde
3272  270th  Ave
Marshall MN 56258

St Edward School
210  W  4th  Street
Minneota MN 56264

St George
63128  388th  LN
New Ulm MN 56073

St Gertrude
31608  650th  Ave
Litchfield MN 55355

St Gregory the  Great
PO  Box  5
Lafayette MN 56054

St John Cantius
PO  Box  310
Tyler MN 56178

St John the  Baptist
18241  1st  Ave
New Ulm MN 56073

St Mary Elementary School

104 Saint Mary's St NW
Sleepy Eye MN 56085

St Mary Junior & Senior HS
104 Saint Mary's St NW
Sleepy Eye MN 56085

St Mary School
PO Box 500
Bird Island MN 55310

St Mary School
225 6th St
Tracy MN 56175

St Peter School
410 Ring Ave N
Canby MN 56220

St Philip School
225 E 3rd St
Litchfield MN 55355

St Prius X School
1103 10th St E
Glencoe MN 55336

St Raphael School
20 W Van Dusen St
Springfield MN 56087

St Thomas
PO Box 427
Henderson MN 56044
St. Michael School
PO Box 459
Morgan MN 56266

STA Travel Inc
Accounts Receivable
585 N Juniper Dr Suite 250
Chandler AZ 85226

Steve Groebner
344 W Sandhurst
Roseville MN 55113

Subway
2316 9th St E
Glencoe MN 55336

Terstegg's
1111 E Bridge Street
Redwood Falls MN 56283

The Abbey of the Hills
46561 147th St
PO Box 38
Marvin SD 57251

The Master's Coffee Shop
And Bakery Inc
809 E Lincoln Ave
Olivia MN 56277

The Parent Institute
Po Box 7474
Fairfax Station VA 22039

The Picker-Uppers Llc
Po Box 638
New Ulm MN 56073

Today's Catholic Teacher
Po Box 49725
Dayton OH 45449

Tom & Mary Portner
29042 - 240th St
Sleepy Eye MN 56085

Uni. of St Mary of The Lake
1000 Maple Street
Mundelein IL 60060

Upper Midwest Management Corp
1314 Westridge Road
Po Box 834
New Ulm MN 56073

USCCB
Office Of National Collections
Po Box 96278
20090

Usccb Communications Dept
3211 4th Street NE
Washington DC 20017

USCCB Conv of Catholic Leaders
Orchid Event Solutions
175 West Temple Suite 30

Salt Lake City UT 84116

USCCB, Dept Of Education
3211 4th St NE
Washington DC 20017

Usscb Strategic Planning
3211 4th Street Ne
Washington DC 20017

Vianney Vocations
505 North Toombs St
Valdosta GA 31601

Viking Optical
109 Doctors Park
Saint Cloud MN 56301

Voyageurweb
209 S Second St
Suite 216 Po Box 205
Mankato MN 56002

Wayne Peterson Enterprises
3140 Neil Armsrong Blvd
Suite 321
Eagan MN 55121

Wendinger Band & Travel
38483 - 631st Ave
New Ulm MN 56073

Xact Data Discovery
Po Box 6596
Carol Stream IL 60197

Scott & Brigette R. Cooper

Church of St Mary
417 S Minnesota Street
New Ulm MN 56073

Deacon Roger B Osborne
910 Oak Lake
Winthrop, MN 55396

Deacon John A Hansen
73910 190th St
Dassel, MN 55325

Deacon Mark D Kober
621 Water St SW
Sleepy Eye, MN 56085

Deacon Paul W Treinen
248 Saratoga St
Ortonville, MN 56278

Deacon Russell P Blaschko
638 Grayhawk Dr
Mankato, MN 56001

Father Aaron T Johanneck
Cathedral of Holy Trinity
605 N State St
New Ulm, MN 56073

Mr Joshua B Bot
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

Mr Samuel L Rosemeier
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

Mr Troy N Timmerman
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

Reverend Anthoney R Hesse
Church of St Anne
PO Box 239
Wabasso, MN 56293

Reverend Bernard J Steiner
1001 N Garden St
Apt 105
New Ulm, MN 56073

Reverend Cornelius Ezeiloaku
Cathedral of Holy Trinity
605 N State St

New Ulm, MN 56073

Reverend Dennis E Becker
11208 County Rd 12 NW
Garfield, MN 56332

Reverend Frederick T Fink
1219 Trisco Cove Dr SE
Osakis, MN 56360

Reverend Gerald S Meidl
Church of St Anastasia
460 Lake St SW
Hutchinson, MN 55350

Reverend James D Barry
9300 Collegeview Rd
Bloomington, MN 55437

Reverend Jeremy G Kucera
Church of St Francis
508 13th St N
Benson, MN 56215

Reverend David L Breu
PO Box 7
Graceville, MN 56240

Reverend John Richter
Cathedral of Holy Trinity
605 N State St
New Ulm, MN 56073

Reverend Kenneth E Irrgang
740 14th St S
Apt 13
St Cloud, MN 56301

Reverend Mark S Mallak
Church of St James
PO Box 60
Dawson, MN 56232

Reverend Michael Doyle
Church of the Holy Family
720 Main St W

Silver lake, MN 55381

Reverend Paul L Wolf
Church of the Holy Redeemer
503 W Lyon St
Marshall, MN 56258

Reverend Phillip M Schotzki
Church of St Raphael
112 W Van Dunsen St
Springfield, MN 56087

Reverend Robert P Goblirsch
702 3rd Ave NW
Apt 10
Sleepy Eye, MN 56085

Reverend Samuel Perez
Church of St Joseph
PO Box 427
Henderson, MN 56044

Reverend Van De Crommert
Church of the Holy Rosary
525 Grant Ave
North Mankato, MN 56003

Reverend Zachary D Peterson
Church of St Edward
409 N Adams St
Minneota, MN 56264

Deacon Art D Abel
PO Box 104
Graceville, MN 56240

Deacon John Reed
Apt 102
624 Knight Street
St. Peter, MN 56082

Deacon Micahel J Thoennes
10875 Greer Cir SW
Howard Lake, MN 55349

Deacon Richard J Christiansen

1221 Southridge Rd
New Ulm, MN 56073

Deacon Steven P Spilman
305 Zimmerman Rd
Courtland, MN 56021

Mr Evan A Huebl
Saint Paul Seminary
2260 Summit Ave
St. Paul, MN 55105

Mr Nathan T Hansen
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

Mr Shawn M Polman
Saint Paul Seminary
2260 Summit Ave
St. Paul, MN 55105

Reverend Eugene L Lozinski
Church of St Mary
636 1st Ave N
Sleepy Eye, MN 56085

Reverend Anthony H Plathe
Apt 105
2020 Lakeview Dr
Clearwater, Fl 33763

Reverend Brian L Mandel
Church of St John
106 N 4th St
Darwin, MN 55324

Reverend Craig A Timmerman
Church of St Peter
307 4th St W
Canby, MN 56220

Reverend Eugene C Hackert
700 3rd Ave NW
Sleepy Eye, MN 56085

Reverend Garrett D Ahlers
2631 225th Ave
Marshall, MN 56258

Reverend Germain P Rademacher
60297 402nd Ln
New Ulm, MN 56073

Reverend James W Devorak
St Gerard
9600 Regent Ave N
Brooklyn Park, MN 55443

Reverend Jerome E Paulson
Our Lady of the Lakes
6680 153rd Ave NE
Spicer , MN 56288

Reverend John G Berger
PO Box 186
Green Isle, MN 55338

Reverend Joseph Steinbeisser
Church of St Phillip
821 E 5th St
Litchfield, MN 55355

Reverend Lawrence H Hansen
501 Plus Mill Rd
Wallingford, PA 19086

Reverend Mark S Steffl
900 E Flynn St
PO Box 383
Redwood Falls, MN 56283

Reverend Patrick L Casey
525 Fairfield Ave S
Apt 439
St Paul , MN 55116

Reverend Paul Timmerman
Church of St Joseph
512 Black Oak Ave
Montevideo, MN 56265

Reverend Richard C Gross
404 Luella St
Apt 1001
Watkins, MN 55389

Reverend Ronald Huberty
Church of SS Peter and Paul
PO Box 49
Ivanhoe , MN 56142

Reverend Steven J Verhelst
Church of St Mary
713 12th St SW
Willmar, MN 56201

Reverend William A Springler
112 Morningside Dr NE
Hutchinson, MN 55350

Deacon Jason A Myhre
716 Deer Trail
Montgomery, MN 56069

Deacon Kenneth E Stalboerger
20574 County Road 9 NW
New London, MN 56273

Deacon Michael J McKeown
305 Oak St
Seaforth , MN 56287

Deacon Robert S Reitsma
PO Box 335
Clara City, MN 56222

Deacon Timothy P Dolan
50441 296th St
Winthrop, MN 55396

Mr John T Hayes
Saint Paul Seminary
2260 Summit Ave
St. Paul, MN 55105

Mr Raymond W Eberhard
St John Vianney Seminary

2115 Summit Ave
St. Paul, MN 55105

Mr Tanner D Thooft
St John Vianney Seminary
2115 Summit Ave
St. Paul, MN 55105

Reverend Andrew J Michels
Church of St Mary
636 1st Ave N
Sleepy Eye, MN 56085

Reverend Anthony J Stubeda
Church of St Pius X
1014 Knight Ave N
Glencoe, MN 55336

Reverend Brian Oestreich
Church of St Michael
412 W 3rd St
Madison, MN 56256

Reverend Dennis C Labat
Church of St Aloysius
302 S 10th St
Olivia, MN 56277

Reverend Eugene M Brown
1320 Riverside LN
Apt 203
Mendota Heights, MN 55118

Reverend George Schmit
Church of St Mary
PO Box 500
Bird Island, MN 55310

Reverend Jack A Nordick
3660 111th Ave
Ortonville, MN 56278

Reverend Jeffrey P Horejsi
Church of St Andrew
PO Box C
Fairfax, MN 55332

Reverend John A Pearson
Apt 214
14180 Broadmoor Dr
Baxter, MN 56425

Reverend John H Brunner
17390 Harbor Rd
Cold Spring, MN 56320

Reverend Keith R Salisbury
Church of St Mary
PO Box 392
Arlington, MN 55307

Reverend Leland C Mead
22295 Lakewood Dr
Madison Lake, MN 56063

Reverend Matthew J Wiering
Church of St Mary
PO Box 228
Darwin, MN 56229

Reverend Paul A Schumacher
Church of the Holy Trinty
PO Box 9
Winsted, MN 55395

Reverend Peter C Nosbush
504 W Franklin Ave
Minneapolis, MN 55405

Reverend Robert J Mraz
Church of St Mary
PO Box 602
Walnut Grove, MN 56180

Reverend Samuel J Wagner
Church of St Mary
636 1st Ave N
Sleepy Eye, MN 56085

Reverend Todd J Peterson
Church of St Peter
1801 W Broadway

St Peter, MN 56082

Reverend William H Bowles
St John the Baptist
4595 Bayview Dr
Ft Lauderdale, FL 33308