**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**The Diocese of New Ulm,**

                                                      **Chapter 11**

**Debtor(s).**                                             **BKY No. 17-30601**

**APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Creditor: Mary Nelson
   Address: Jeff Anderson &Associates, PA
   366 Jackson Street, Suite 100
   St. Paul, MN 55101
   Contact Person:   Mike Finnegan          Phone: 651-227-9990
   Email: Mike@andersonadvocates.com

2. Creditor: Stephen Condon
   Address: Jeff Anderson & Associates, PA
   366 Jackson Street, Suite 100
   St. Paul, MN 55101

   Contact Person: Mike Finnegan           Phone: 651-227-9990
   Email:    Mike@andersonadvocates.com

3. Creditor: Bruce Doney
   Address: Jeff Anderson & Associates, PA
   366 Jackson Street, Suite 1000
   St. Paul, MN 55101

   Contact Person: Mike Finnegan           Phone: 651-227-9990
   Email:    Mike@andersonadvocates.com

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

April 6, 2017						Respectfully submitted,

							DANIEL M. MCDERMOTT
							United States Trustee
							Region 12


					By:	/e/Sarah J. Wencil
							Trial Attorney
							IA ID # 14014
							U.S. Trustee's Office
							300 South Fourth St., #1015
							Minneapolis, MN    55415
							(612) 334-1350